B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CLASSIC STELLAR HOMES, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**86-0663968** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1940 E. THUNDERBIRD ROAD, SUITE 105**<br>**Phoenix, AZ**<br><br>ZIP Code **85022** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 47548**<br>**Phoenix, AZ**<br><br>ZIP Code **85068** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CLASSIC STELLAR HOMES, INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

  ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**CLASSIC STELLAR HOMES, INC.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Harold E. Campbell**
Signature of Attorney for Debtor(s)

**Harold E. Campbell 5160**
Printed Name of Attorney for Debtor(s)

**The Law Office of Harold E. Campbell P.C.**
Firm Name

**1811 S. Alma School Road, Suite 225**
**Mesa, AZ 85210**

_____
Address

**Email: heciii@haroldcampbell.com**
**480-839-4828  Fax: 480-897-1461**
Telephone Number

**January  6, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ KENNETH DANNENBAUM**
Signature of Authorized Individual

**KENNETH DANNENBAUM**
Printed Name of Authorized Individual

**VICE PRESIDENT**
Title of Authorized Individual

**January  6, 2009**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

.

# United States Bankruptcy Court
## District of Arizona

In re    **CLASSIC STELLAR HOMES, INC.** _____,     Case No. _____

                                   Debtor

                                                  Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 28,600,000.00 | | |
| B - Personal Property | Yes | 8 | 505,186.05 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 9 | | 23,426,571.11 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 214,211.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 9,171,441.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 71 | | | |
| Total Assets | | | 29,105,186.05 | | |
| Total Liabilities | | | | 32,812,223.45 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

.

# United States Bankruptcy Court
## District of Arizona

In re    **CLASSIC STELLAR HOMES, INC.** _____ ,    Case No. _____

                                            Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **CLASSIC STELLAR HOMES, INC.** ,  Case No. _____

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| SPEC HOME: 7746 E. VERDE VISTA TRAIL, CAREFREE, AZ | Fee simple | - | 1,600,000.00 | 1,475,000.00 |
| SPEC HOME: 8518 E. TUMBLEWEED DRIVE, SCOTTSDALE, AZ | Fee simple | - | 1,400,000.00 | 1,677,000.00 |
| SPEC HOME: 8452 E. TUMBLEWEED DRIVE, SCOTTSDALE, AZ | Fee simple | - | 1,400,000.00 | 1,495,674.00 |
| THE RESERVE AT TRANQUIL TRAIL UNIT I, ACCORDING TO BOOK 826 OF MAPS, PAGE 7 AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 2007-0816675, RECORDS OF MARICOPA COUNTY, AZ: CAVECREEK AND TRANQUIL ROAD, CAREFREE, AZ | Fee simple | - | 13,050,000.00 | 10,761,115.00 |
| SIERRA BOULDERS, ACCORDING TO BOOK 732 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, AZ: SIERRA BOULDERS, SCOTTSDALE | Fee simple | - | 5,000,000.00 | 7,609,782.00 |
| THE RESERVE AT TRANQUIL TRAIL UNIT II, ACCORDING TO BOOK 860 OF MAPS, PAGE 30 AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 2007-0816675, RECORDS OF MARICOPA COUNTY, AZ: CAVECREEK AND TRANQUIL ROAD, CAREFREE, AZ | Fee simple | - | 6,150,000.00 | 5,743,907.00 |

|  | Sub-Total > | 28,600,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 28,600,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.**          ,    Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | COPPERSTAR BANK - CHECKING ACCOUNT | - | 0.00 |
| | | WELLS FARGO BANK - CHECKING ACCOUNT (PAYROLL) | - | 0.00 |
| | | WELLS FARGO BANK - CHECKING ACCOUNT (EFT) | - | 0.00 |
| | | WELLS FARGO BANK - CHECKING ACCOUNT (PERMIT) | - | 0.00 |
| | | WELLS FARGO BANK - CHECKING ACCOUNT (GENERAL) | - | 0.00 |
| | | CHASE BANK - CHECKING ACCOUNT | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | PAGENET PAGING NETWORK | - | 280.05 |
| | | HRH - SRP BOND | - | 100.00 |
| | | BERGAUER SECURITY DEPOSIT - RENT | - | 1,000.00 |
| | | DE PROPERO - EAGLE RIDGE HOA | - | 2,500.00 |
| | | TRANQUIL - CAREFREE WATER | - | 625.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

|  | Sub-Total > | **4,505.05** |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** _____ , Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | ACCOUNTS RECEIVABLE (VARIOUS VENDORS) | - | 94,366.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | CASH DRAW ADVANCES FROM TOM GEBLER | - | 110,883.00 |
| | | CASH DRAW ADVANCES FROM KEVIN DERRICK DANNENBAUM | - | 285,432.00 |

Sub-Total > 490,681.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**      ,    Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **OFFICE EQUIPMENT (SEE ATTACHED)** | - | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

|  | Sub-Total > | 10,000.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.**                 ,       Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 505,186.05 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# CSH Office Furniture and Fixture Inventory
## 1940 E, Thunderbird Road Ste.105

## Selections

Miscellaneous Office Supplies
1-table
5-Chairs
1-Bar Stool

## Drafting

Miscellaneous Office Supplies
1- Computer, screen, keyboard, mouse, speakers, scanner and printer.
2- Phones
1- Drafting Table
1- Folding Table
2- 4-Drower legal size filling cabinets
1- Portable Radio

## Ken's Computer

Miscellaneous Office Supplies
1-Computer, screen, keyboard, and mouse.
1- Cadget 2 blueprint printer
2- 2-door legal size filling cabinets
1- Blueprint reproducing machine

## Kevin's New Office

Miscellaneous Office Supplies
1-Computer, screen, keyboard, mouse and printer
1-Desk Chair
1-Chair
1-Desk
1-Credenza

## Cathy's Old Office

4- 4-Drower legal size filling cabinets
1- 4-Drower horizontal cabinet

2- Phones
2- Desk

## *Russe's Office*

Miscellaneous Office Supplies
1-Computer, screen, keyboard, and mouse
1-Desk
1-Credenza
1-2-Drower legal size filling cabinet
3-4Drower legal size filling cabinet
1-10Drower flat plan cabinet
1-Drafting chair
1-42" wide metal storage cabinet
1-Office desk chair
1-Phone
1-Adding Machine

## *Conference Room*

Miscellaneous Office Supplies
1-Conference Table with 10 chairs
1-Adding Machine
1-Phone
1-Step Stool
1-Hole Puncher

## *Kitchen*

1-36" Refrigerator
1-Postage Machine
1-Microwave Oven
1-Water Dispenser
1- Coffee Brewing Machine

## *Cathy's New Office*

Miscellaneous Office Supplies
1-Computer, screen, keyboard, mouse
2-Desk
1-Chair
3-4Drower legal size filling cabinets
1-Phone
1-Adding Machine

1-Shredder

## *Reception Area*

Miscellaneius Office Supplies
1-Computer, screen, keyboard, mouse
1-Desk L-Shape
2-Leather chairs with end table
1-Electric writer
1-Adding machine
1-Phone
1-4Drower legal size filling cabinet
1-Credenza
1-Fax machine
1-Large printer

## *Info-Storage Computer*

Miscellaneous Office Supplies
1-Computer Main-Frame
1-Large Printer (D-I. 7210)

## *Angels New Office*

Miscellaneous Office Supplies
1-Computer, screen, keyboard, mouse
1-Desk L-Shape with Chair
2-Chairs with end desk
1-Phone
1-4Drower legal size filling cabinet
1-Book case with 3-Shelf
1-Credenza
1-Adding machine
1-Portable Radio

## *Catherine's Office*

Miscellaneous Office Supplies
1-Computer, Flat screen, keyboard, mouse and printer
1-L-Shape desk with 3 chairs
2-4Drower horizontal filling cabinets
1-2Shelf book case

1-2Drower filling cabinet
1-Shredder
1-Adding machine and 1-Phone

## *File Storage Room*

3-4Drower legal size filling cabinets
1-2Drower legal size filling cabinets
2-5Drower horizontal filling cabinet
1-4Drower horizontal filling cabinet

## *Angel's Old Office*

1-Computer, screen, keyboard, mouse and printer
1-L-Shaped desk with 2 chairs
1-Credenza
2-4Drower legal size filling cabinets
1-Portable Radio
1-Adding machine
1-Phone

## *Ken's and Steve's Office*

Micellaneous Office Supplies
1-Computer, screen, keyboard, mouse
1-Big wood desk
1-Regular desk
3-Chairs
3-4Drower legal size filling cabinets
1-2Drower legal size filling cabinet
2-Adding machines
2-Phones
3-2Drower (wood) filling cabinets

In re   **CLASSIC STELLAR HOMES, INC.**                      ,    Case No. _____

_____

                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alfred M. Adams**<br>**6501 E. Greenway Road**<br>**Scottsdale, AZ 85254** | | - | **Deed of Trust**<br><br>**TRANQUIL TRAIL #26, UNIT I**<br><br>Value $        **450,000.00** | | | | **51,000.00** | **0.00** |
| Account No.<br><br>**Angela Nielsen**<br>**2740 E. Friess Drive**<br>**Phoenix, AZ 85032** | | - | **Deed of Trust**<br><br>**TRANQUIL TRAIL, #19, UNIT I**<br><br>Value $        **450,000.00** | | | | **102,000.00** | **0.00** |
| Account No.<br><br>**Representing:**<br>**Angela Nielsen** | | | **THOMSON CONANT PLC**<br>**2398 E. CAMELBACK ROAD, SUITE 925**<br>**NORTHERN TRUST BANK TOWER**<br>**Phoenix, AZ 85016**<br><br>Value $ | | | | | |
| Account No.<br><br>**Angela Nielsen**<br>**2740 E. Friess Drive**<br>**Phoenix, AZ 85032** | | - | **Deed of Trust**<br><br>**TRANQUIL TRAIL, #47, UNIT II**<br><br>Value $        **300,000.00** | | | | **102,000.00** | **0.00** |

  __8__   continuation sheets attached                            Subtotal         **255,000.00**         **0.00**

(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                 ,    Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Representing: <br> Angela Nielsen | | | THOMSON CONANT PLC <br> 2398 E. CAMELBACK ROAD, SUITE 925 <br> NORTHERN TRUST BANK TOWER <br> Phoenix, AZ 85016 <br><br> Value $ | | | | | |
| Account No. <br><br> BANK OF ARIZONA <br> 7047 EAST GREENWAY PARKWAY, STE 300 <br> Scottsdale, AZ 85254 | - | | Deed of Trust <br><br> TRANQUIL TRAIL, #13, UNIT 1 <br><br> Value $      450,000.00 | | | | 444,919.11 | 0.00 |
| Account No. <br><br> Representing: <br> BANK OF ARIZONA | | | Bank of Arizona <br> P. O. Box 268964 <br> Oklahoma City, OK 73126 <br><br> Value $ | | | | | |
| Account No. <br><br> Bheru Gandhi <br> 8904 E. Wethersfield Road <br> Scottsdale, AZ 85260 | - | | Deed of Trust <br><br> TRANQUIL TRAIL, #22, UNIT I <br><br> Value $      450,000.00 | | | | 240,720.00 | 0.00 |
| Account No. <br><br> Brett Finberg <br> 227 Begier Avenue <br> San Leandr, CA 94577 | - | | Deed of Trust <br><br> TRANQUIL TRAIL, #16, UNIT I <br><br> Value $      450,000.00 | | | | 51,500.00 | 0.00 |

Sheet **1** of **8** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 737,139.11 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                  ,     Case No. _____

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| Carol La Flamme 77714 Woodhaven Drive North Palm Desert, CA 92211 | | - | TRANQUIL TRAIL, #19, UNIT I | | | | | |
| | | | Value $       450,000.00 | | | | 51,000.00 | 0.00 |
| Account No. | | | SPEC HOME: 7746 E. VERDE VISTA TRAIL, CAREFREE, AZ | | | | | |
| Copper Star Bank 7555 E. Redfield Road Scottsdale, AZ 85260 | | - | | | | | | |
| | | | Value $     1,600,000.00 | | | | 1,475,000.00 | 0.00 |
| Account No. | | | QUARLES & BRANDY, LLP ONE RENAISSANCE SQUARE TWO NORTH CENTRAL AVENUE Phoenix, AZ 85004-2391 | | | | | |
| Representing: Copper Star Bank | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | SPEC HOME: 8518 E. TUMBLEWEED DRIVE, SCOTTSDALE, AZ | | | | | |
| Copper Star Bank 7555 E. Redfield Road Scottsdale, AZ 85260 | | - | | | | | | |
| | | | Value $     1,400,000.00 | | | | 1,677,000.00 | 277,000.00 |
| Account No. | | | QUARLES & BRANDY, LLP ONE RENAISSANCE SQUARE TWO NORTH CENTRAL AVENUE Phoenix, AZ 85004-2391 | | | | | |
| Representing: Copper Star Bank | | | | | | | | |
| | | | Value $ | | | | | |
| Sheet __2__ of __8__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 3,203,000.00 | 277,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                                ,   Case No. _____
                                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | SPEC HOME: 8452 E. TUMBLEWEED DRIVE, SCOTTSDALE, AZ | | | | | |
| **Copper Star Bank** **7555 E. Redfield Road** **Scottsdale, AZ 85260** | | | - | | | | | | | |
| | | | | | Value $               1,400,000.00 | | | | 1,495,674.00 | 95,674.00 |
| Account No. | | | | | QUARLES & BRANDY, LLP ONE RENAISSANCE SQUARE TWO NORTH CENTRAL AVENUE **Phoenix, AZ 85004-2391** | | | | | |
| Representing: Copper Star Bank | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | SIERRA BOULDERS, ACCORDING TO BOOK 732 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, AZ: SIERRA BOULDERS, SCOTTSDALE | | | | | |
| **Copper Star Bank** **7555 E. Redfield Road** **Scottsdale, AZ 85260** | | | - | | | | | | | |
| | | | | | Value $               5,000,000.00 | | | | 7,609,782.00 | 2,609,782.00 |
| Account No. | | | | | QUARLES & BRANDY, LLP ONE RENAISSANCE SQUARE TWO NORTH CENTRAL AVENUE **Phoenix, AZ 85004-2391** | | | | | |
| Representing: Copper Star Bank | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | THE RESERVE AT TRANQUIL TRAIL UNIT I AND II | | | | | |
| **Copper Star Bank** **7555 E. Redfield Road** **Scottsdale, AZ 85260** | | | - | | | | | | | |
| | | | | | Value $             19,200,000.00 | | | | 5,335,907.00 | 0.00 |

Sheet **3** of **8** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 14,441,363.00 | 2,705,456.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** , Case No. _____
                                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **Representing: Copper Star Bank** | | | | **QUARLES & BRANDY, LLP ONE RENAISSANCE SQUARE TWO NORTH CENTRAL AVENUE Phoenix, AZ 85004-2391** | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | Deed of Trust | | | | | |
| **DR. HAROLD GRIES The Gries Companies, LLC 3623 N. 44th Street Phoenix, AZ 85018** | | - | | **TRANQUIL TRAIL, #25, UNIT I** | | | | | |
| | | | | Value $           450,000.00 | | | | 757,920.00 | 307,920.00 |
| Account No. | | | | Deed of Trust | | | | | |
| **DR. HAROLD GRIES The Gries Companies, LLC 3623 N. 44th Street Phoenix, AZ 85018** | | - | | **TRANQUIL TRAIL, #26, UNIT I** | | | | | |
| | | | | Value $           450,000.00 | | | | 109,000.00 | 0.00 |
| Account No. | | | | Deed of Trust | | | | | |
| **Gagan Kaur 8974 E. Ann Way Scottsdale, AZ 85260** | | - | | **TRANQUIL TRAIL, #14, UNIT I** | | | | | |
| | | | | Value $           450,000.00 | | | | 104,000.00 | 0.00 |
| Account No. | | | | Deed of Trust | | | | | |
| **James P. Rockwell 728 E. Rose Lane Phoenix, AZ 85014** | | - | | **TRANQUIL TRAIL, #14, UNIT I** | | | | | |
| | | | | Value $           450,000.00 | | | | 103,000.00 | 0.00 |

Sheet __4__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  |  1,073,920.00  |  307,920.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                      ,      Case No. _____

                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| Jason Shuster 23013 N. Pedregosa Drive Sun City West, AZ 85375 | | - | TRANQUIL TRAIL, #19, UNIT I | | | | | |
| | | | Value $       450,000.00 | | | | 102,000.00 | 0.00 |
| Account No. | | | Deed of Trust | | | | | |
| Jo Ann Rockwell 12819 N. 8th Avenue Phoenix, AZ 85029 | | - | TRANQUIL TRAIL, #16, UNIT I | | | | | |
| | | | Value $       450,000.00 | | | | 51,000.00 | 0.00 |
| Account No. | | | Deed of Trust | | | | | |
| Joyce Salinas 1038 Marianas Lanes Alameda, CA 94502 | | - | TRANQUIL TRAIL, #19, UNIT I | | | | | |
| | | | Value $       450,000.00 | | | | 102,000.00 | 0.00 |
| Account No. | | | Deed of Trust | | | | | |
| JUDAH D. AND GLORIA A. SHUSTER 3636 N. CENTRAL AVENUE, SUITE 140 Phoenix, AZ 85012 | | - | TRANQUIL TRAIL, #14, UNIT I | | | | | |
| | | | Value $       450,000.00 | | | | 55,000.00 | 0.00 |
| Account No. | | | Deed of Trust | | | | | |
| KRISTIN ROOSSIN 8863 E. ANN WAY Scottsdale, AZ 85260 | | - | TRANQUIL TRAIL, #17, UNIT I | | | | | |
| | | | Value $       450,000.00 | | | | 510,416.00 | 60,416.00 |

Sheet __5__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                            Subtotal        820,416.00      60,416.00
                                       (Total of this page)

In re  **CLASSIC STELLAR HOMES, INC.** _____,  Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lorraine Hughes<br>2646 E. Spring Road<br>Phoenix, AZ 85032 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #14, UNIT I<br><br>Value $          450,000.00 | | | | 253,333.00 | 0.00 |
| Account No.<br><br>Lorraine Hughes<br>2646 E. Spring Road<br>Phoenix, AZ 85032 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #15, UNIT I<br><br>Value $          450,000.00 | | | | 505,000.00 | 55,000.00 |
| Account No.<br><br>Maryruth Keogh<br>P. O. Box 32658<br>Phoenix, AZ 85064-2658 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #16, UNIT I<br><br>Value $          450,000.00 | | | | 142,800.00 | 0.00 |
| Account No.<br><br>Mike & Jeff Mastro<br>16441 N. 90th Street<br>Scottsdale, AZ 85260 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #33, UNIT I<br><br>Value $          450,000.00 | | | | 505,000.00 | 55,000.00 |
| Account No.<br><br>Patricia J. Goodman<br>28812 N. 44th Street<br>Cave Creek, AZ 85331 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #47, UNIT II<br><br>Value $          300,000.00 | | | | 306,000.00 | 6,000.00 |
| Sheet __6__ of __8__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 1,712,133.00 | 116,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**          ,     Case No. _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert A. Finberg<br>24 Barnegate Bay<br>Alameda, CA 94502-6477 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #19, UNIT I<br><br>Value $    450,000.00 | | | | 51,000.00 | 0.00 |
| Account No.<br><br>ROBERT A. FINBERG<br>24 BARNEGATE BAY<br>Alameda, CA 94502 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #19, UNIT I<br><br>Value $    450,000.00 | | | | 51,000.00 | 0.00 |
| Account No.<br><br>Roger Finberg<br>19763 N. Mountain Sage Lane<br>Surprise, AZ 85374 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #16, UNIT I<br><br>Value $    450,000.00 | | | | 102,000.00 | 0.00 |
| Account No.<br><br>ROGER FINBERG<br>19763 N. MOUNTAIN SAGE LANE<br>Surprise, AZ 85374 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #14, UNIT I<br><br>Value $    450,000.00 | | | | 51,000.00 | 0.00 |
| Account No.<br><br>STEVE WRIGHT AND PAULINE NAPOLEON<br>25627 NORTH HACKBERRY DRIVE<br>Glendale, AZ 85310 | | - | Deed of Trust<br><br>TRANQUIL TRAIL, #22, UNIT I<br><br>Value $    450,000.00 | | | | 173,400.00 | 0.00 |
| Sheet __7__ of __8__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 428,400.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| SUZANNE GALLO 4711 PARK OLIVO Calabasas, CA 91302 | - | | TRANQUIL TRAIL, #16, UNIT I Value $ 450,000.00 | | | | 102,000.00 | 0.00 |
| Account No. | | | Deed of Trust | | | | | |
| SUZANNE GALLO 4711 PARK OLIVO Calabasas, CA 91302 | - | | TRANQUIL TRAIL, #26, UNIT I Value $ 450,000.00 | | | | 86,700.00 | 0.00 |
| Account No. | | | Deed of Trust | | | | | |
| Theresa M. Dreher-Close 9404 E. Aerie Cliff Fountain Hills, AZ 85268 | - | | TRANQUIL TRAIL, #16, UNIT I Value $ 450,000.00 | | | | 51,500.00 | 0.00 |
| Account No. | | | Deed of Trust | | | | | |
| William H. Armstrong, II and Terry 1368 Silver Gate Place El Paso, TX 79936-7258 | - | | TRANQUIL TRAIL, #18, UNIT I Value $ 450,000.00 | | | | 515,000.00 | 65,000.00 |
| Account No. | | | William H. Armstrong, II and Terry 8862 E. ANN WAY Scottsdale, AZ 85260 | | | | | |
| Representing: William H. Armstrong, II and Terry | | | Value $ | | | | | |

Sheet **8** of **8** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 755,200.00 | 65,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 23,426,571.11 | 3,531,792.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

.

In re     **CLASSIC STELLAR HOMES, INC.**                               ,    Case No. _____
                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ 2 _____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | SALES TAX | | | | | |
| ARIZONA DEPARTMENT OF REVENUE P.O. BOX 29070 Phoenix, AZ 85038 | - | | | | | | 100,497.00 | 0.00 / 100,497.00 |
| Account No. | | | WITHHOLDING TAX | | | | | |
| ARIZONA DEPARTMENT OF REVENUE P.O. BOX 29070 Phoenix, AZ 85038 | - | | | | | | 5,958.00 | 0.00 / 5,958.00 |
| Account No. | | | SALES TAX | | | | | |
| CITY OF MESA 20 E. MAIN ST, SUITE 450 P.O. BOX 1466 Mesa, AZ 85211 | - | | | | | | 270.00 | 0.00 / 270.00 |
| Account No. | | | SALES TAX | | | | | |
| CITY OF PHOENIX P.O. BOX 29360 Phoenix, AZ 85038 | - | | | | | | 32,530.00 | 0.00 / 32,530.00 |
| Account No. | | | SALES TAXE | | | | | |
| CITY OF SCOTTSDALE P.O. BOX 1949 Scottsdale, AZ 85252 | - | | | | | | 17,116.00 | 0.00 / 17,116.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 156,371.00 | 0.00 / 156,371.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 — Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.**         Case No. _____

                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **INTERNAL REVENUE SERVICE** <br> **P.O. BOX 21126** <br> **Philadelphia, PA 19114-0326** | - | | **941 TAX** | | | | 26,159.00 | 0.00 | 26,159.00 |
| Account No. <br><br> **TOWN OF CAREFREE** <br> **P.O. BOX 740** <br> **Carefree, AZ 85377** | - | | **SALES TAX** | | | | 31,681.00 | 0.00 | 31,681.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet _**2**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 57,840.00 | 0.00 <br> 57,840.00 |
| Total <br> (Report on Summary of Schedules) | 214,211.00 | 0.00 <br> 214,211.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**   ,    Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | BUSINESS DEBT | | | | |
| A. L. Hedden Surveying 29011 N. 154th Street Scottsdale, AZ 85262 | - | | | | | | | | 24,318.43 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| Accent Paving, Inc. P. O. Box 7494 Cave Creek, AZ 85327 | | | | | | | | | 45,045.80 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| Advance Insulation, Inc. P. O. Box 1351 Prescott, AZ 86302 | - | | | | | | | | 63,178.00 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| Allen Consulting Engineer, Inc. 2550 N. Thunderbird Circle  #132 Mesa, AZ 85215 | - | | | | | | | | 4,029.66 |
| _47_ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 136,571.89 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:35518-081118    Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** ,  Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8-396** <br><br>**Alltel**<br>P. O. Box 79029<br>Phoenix, AZ 85062-9029 | - | | BUSINESS DEBT | | | | 4,458.67 |
| Account No. **xxxx-xxxxxx-x2004** <br><br>**American Express Company**<br>P. O. Box 0001<br>Los Angeles, CA 90096-0001 | - | | BUSINESS DEBT | | | | 13,780.02 |
| Account No.<br><br>**American Fence Company, Inc.**<br>2502 N. 27th Avenue<br>Phoenix, AZ 85009 | - | | BUSINESS DEBT | | | | 3,548.01 |
| Account No.<br><br>**ANGELA ROSSI**<br>3622 E. KAREN DRIVE<br>Phoenix, AZ 85032 | - | | BUSINESS DEBT | | | | Unknown |
| Account No.<br><br>**Apropos Interior & Design, LLC**<br>5252 E. Karen Drive<br>Scottsdale, AZ 85254 | - | | BUSINESS DEBT | | | | 32,624.40 |

Sheet no. __1___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **54,411.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  **CLASSIC STELLAR HOMES, INC.**                                    ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Apropos Interior & Design, LLC** | | | **MCKEIGHAN PIERCE PC**<br>**6900 E. CAMELBACK, SUITE 240**<br>**Scottsdale, AZ 85251** | | | | |
| Account No.<br><br>**Arizona Final Clean**<br>**P. O. Box 27555**<br>**Scottsdale, AZ 85255** | - | | **BUSINESS DEBT** | | | | 1,864.94 |
| Account No.<br><br>**Arizona Hardwood Floor Supply**<br>**1515 E. Hadley Street  #100**<br>**Phoenix, AZ 85034** | - | | **BUSINESS DEBT** | | | | 11,997.88 |
| Account No. **#xx7 & #698**<br><br>**Arizona Mini Storage**<br>**12650 N. Cave Creek Rd**<br>**Phoenix, AZ 85022** | - | | **BUSINESS DEBT** | | | | 428.86 |
| Account No.<br><br>**Arizona Protection Agency**<br>**3200 N. Hayden Road  #235**<br>**Scottsdale, AZ 85251** | - | | **BUSINESS DEBT** | | | | 12,375.00 |

Sheet no. __2__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,666.68

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.** _____ ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arizona Public Service**<br>**P. O. Box 2907**<br>**Phoenix, AZ 85062** | - | | **BUSINESS DEBT** | | | | 7,041.91 |
| Account No.<br><br>**Arizona Regional ML Service**<br>**110 S. Priest Drive**<br>**Tempe, AZ 85281-2493** | - | | **BUSINESS DEBT** | | | | 264.00 |
| Account No.<br><br>**Arizona Wholesale Supply Company**<br>**2020 E. University Drive**<br>**Phoenix, AZ 85034** | - | | **BUSINESS DEBT** | | | | 31,011.16 |
| Account No.<br><br>**Representing:**<br>**Arizona Wholesale Supply Company** | | | **BUCHALTER NEMER**<br>**16435 NORTH SCOTTSDALE ROAD,**<br>**SUITE 440**<br>**Scottsdale, AZ 85254-1754** | | | | |
| Account No.<br><br>**Arnold Anthony Brady**<br>**11680 N. 94th Way**<br>**Scottsdale, AZ 85260** | - | | **BUSINESS DEBT** | | | | 1,365.00 |

Sheet no. __3__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39,682.07**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| **AT&T**<br>**P. O. Box 78522**<br>**Phoenix, AZ 85062-8522** | - | | | | | | 152.84 |
| Account No. | | | BUSINESS DEBT | | | | |
| **Aterra Lighting/Controls, LLC**<br>**7891 E. McClain Drive  #201**<br>**Scottsdale, AZ 85260** | - | | | | | | 1,034.80 |
| Account No. | | | BUSINESS DEBT | | | | |
| **Avaya, Inc.**<br>**P. O. Box 5125**<br>**Carol Stream, IL 60197-5125** | - | | | | | | 196.38 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY  - UNFINISHED HOME | | | | |
| **AXBERG, PAUL AND AMY**<br>**12944 W. ALEGRE DRIVE**<br>**Litchfield Park, AZ 85340** | - | | | | | | 176,000.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| **Bank USA**<br>**2222 E. Camelback Road**<br>**Phoenix, AZ 85016** | - | | | | | | 5,337.50 |

Sheet no. __4__ of __47__ sheets attached to Schedule of                                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

| | |
|---|---|
| | 182,721.52 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| BASSAM ABDULL-FATTAH 2745 E. CORTEZ Phoenix, AZ 85028 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY | | | | |
| BERGHAUER, JEFFREY & KAREN 12 CEDARWOD COURT Racine, WI 53402 | - | | | | | | | |
| | | | | | | | | **50,604.00** |
| Account No. | | | | BRIAN BERGIN 6613 N. SCOTTSDALE ROAD, SUITE 200 Scottsdale, AZ 85250 | | | | |
| Representing: BERGHAUER, JEFFREY & KAREN | | | | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| Bernard & Stallman, P.C. 8125 N. 23rd Avenue  #232 Phoenix, AZ 85021 | - | | | | | | | |
| | | | | | | | | **2,600.00** |
| Account No. | | | | BUSINESS DEBT | | | | |
| Best Dressed Windows 10251 N. Central Avenue Phoenix, AZ 85020 | - | | | | | | | |
| | | | | | | | | **19,557.00** |

Sheet no. __5___ of _47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72,761.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| BHARAT AND PANNA GANDHI 8904 E. WETHERSFIELD Scottsdale, AZ 85254 | - | | | | | | | 378,000.00 |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | |
| BIPINCHANDRA PATEL 226 W. BETTY ELSE LANE Phoenix, AZ 85023 | - | | | | | | | Unknown |
| Account No. | | | | BUSINESS DEBT | | | | |
| Black Mountain Sewer Corp. P. O. Box 52620 Phoenix, AZ 85072-2620 | - | | | | | | | 279.26 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Blue Cross Blue Shield AZ P. O. Box 81049 Phoenix, AZ 85069-1049 | - | | | | | | | 8,790.60 |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | |
| BOB AND KATE MUNHALL 1912 E. CLAREMONT Phoenix, AZ 85016 | - | | | | | | | Unknown |

Sheet no. __6__ of __47__ sheets attached to Schedule of        Subtotal        387,069.86
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.**                                      ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| Breinholt Contracting Company, Inc. 2915 W. Pima Street Phoenix, AZ 85009-6311 | | - | | | | | | 11,790.00 |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY | | | | |
| BRUCE & SYLVIA FARLEY 13610 E. AMBER SUN DRIVE Scottsdale, AZ 85262 | | - | | | | | | Unknown |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY | | | | |
| BRUCE AND CHRISTINE LINCOLN 3044 W COTTONWOOD LANE Phoenix, AZ 85045 | | - | | | | | X | Unknown |
| Account No. | | | | BUSINESS DEBT | | | | |
| Budget 1 Hour Signs, Inc. 2535 E. Indian School Road Phoenix, AZ 85016-6737 | | - | | | | | | 4,009.72 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Builders Custom Lighting, Inc. 7895 E. Acoma   #102 Scottsdale, AZ 85260 | | - | | | | | | 9,613.50 |

Sheet no. __7__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,413.22

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                  ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Builders Risk Plan** **P. O. Box 931795** **Atlanta, GA 31193-1795** | - | | | | | | | 14,227.26 |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Burrows Concrete** **4022 W. Lincoln Street** **Phoenix, AZ 85009** | - | | | | | | | 176,218.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Cantera Stone source, LLC** **17606 N. 32nd Street** **Phoenix, AZ 85032** | - | | | | | | | 22,828.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Capital Excavating, Inc.** **2063 E. Hawken Way** **Chandler, AZ 85249** | - | | | | | | | 3,000.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Carefree Water Company** **P. O. Box 702** **Carefree, AZ 85377** | - | | | | | | | 1,267.74 |

Sheet no. __8__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
(Total of this page)            **217,541.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLASSIC STELLAR HOMES, INC.** ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carlson Tile Company** <br>**8008 E. Copper Canyon Circle** <br>**Mesa, AZ 85207** | | - | **BUSINESS DEBT** | | | | **232,951.00** |
| Account No. <br><br> **Representing:** <br>**Carlson Tile Company** | | | **WARNER ANGLE HALLAM JACKSON & FORMANEK** <br>**3550 N. CENTRAL AVENUE, SUITE 1500** <br>**Phoenix, AZ 85012** | | | | |
| Account No. <br><br> **CARNEY, RICHARD AND BONNIE** <br>**15315 E. SUNDOWN DRIVE** <br>**Fountain Hills, AZ 85268** | | - | **POTENTIAL BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. <br><br> **CEMEX** <br>**P.O. BOX 73261** <br>**Chicago, IL 60673-3261** | | - | **BUSINESS DEBT** | | | | **21.92** |
| Account No. **xxxx368-3** <br><br> **Chaparral City Water Company** <br>**P. O. Box 9040** <br>**San Dimas, CA 91773-9040** | | - | **BUSINESS DEBT** | | | | **26.15** |

Sheet no. __9__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **232,999.07**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Case 2:09-bk-00149-RTB   Doc 1   Filed 01/06/09   Entered 01/06/09 15:02:20   Desc
Main Document   Page 36 of 116

In re   **CLASSIC STELLAR HOMES, INC.** _____,   Case No. _____
_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | BUSINESS DEBT | | | | |
| Chas Roberts Air Conditioning, Inc. 9828 N. 19th Avenue Phoenix, AZ 85021-1992 | - | | | | | | | | 76,512.50 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| Cholla Custom Cabiinets, Inc. 1727 E. Deer Valley Road Phoenix, AZ 85024 | - | | | | | | | | 264,876.00 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| City of Phoenix WATER SERVICES DEPT. P.O. BOX 29663 Phoenix, AZ 85038-9663 | - | | | | | | | | 284.99 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| City of Scottdale - water P. O. Box 1788 Scottsdale, AZ 85252-1788 | - | | | | | | | | 1,509.38 |
| Account No. xxx2838 | | | | | BUSINESS DEBT | | | | |
| City of Scottsdale P. O. Box 1949 Scottsdale, AZ 85252-1949 | - | | | | | | | | 17,115.89 |

Sheet no. __10__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   360,298.76

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                                ,     Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Classic Stair Remodeling LLC 4342 E. Emelita Avenue Mesa, AZ 85206 | - | | | | | X | Unknown |
| Account No. | | | BUSINESS DEBT | | | | |
| Clayton Glass & Accessories, Inc. 5609 W. Latham Street #105 Phoenix, AZ 85043 | - | | | | | | 15,521.00 |
| Account No. | | | BARRY BECKER, P.C. 2516 N. THIRD STREET Phoenix, AZ 85004 | | | | |
| Representing: Clayton Glass & Accessories, Inc. | | | | | | | |
| Account No. | | | BUSINESS DEBT | | | | |
| Clyde Hardware 4808 N. 15th Street Phoenix, AZ 85014 | - | | | | | | 1,547.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Colletti Design 2166 E. University Drive Tempe, AZ 85281 | - | | | | | | 6,250.50 |

Sheet no. __11__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **23,318.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Colonial Life/Accidental Insurance P. O. Box 903 Columbia, SC 29202-0903 | - | | | | | | 526.32 |
| Account No. | | | BUSINESS DEBT | | | | |
| Complete Residental Fire Protection 22230 S. Scotland Court Queen Creek, AZ 85242 | - | | | | | | 200.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Concrete Coring Company, Inc. P. O. Box 3289 Glendale, AZ 85311-3289 | - | | | | | | 195.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Conway Properties, Inc. 9009 W. Carol Avenue Peoria, AZ 85345 | - | | | | | | 82,058.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Copper Star Bank 7555 E. Redfield Road Scottsdale, AZ 85260 | - | | | | | | 425,102.13 |

Sheet no. __12__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  508,081.45

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| Corporate Express P. O. Box 95708 Chicago, IL 60694-5708 | - | | | | | | | 735.44 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Courtesy Painting Service 3851 E. Thunderbird Road #111 Phoenix, AZ 85032-5767 | - | | | | | | | 235.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Cox Communications P .O. Box 78071 Phoenix, AZ 85062-8071 | - | | | | | | | 397.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Crout N Heller Paint Services, Inc. 131 W. Julie Drive Tempe, AZ 85283 | - | | | | | | | 38,763.10 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Culligan Water 135 S. Lasalle Dept. 8931 Chicago, IL 60674-8193 | - | | | | | | | 234.00 |

Sheet no. __13__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 40,364.54 |
|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLASSIC STELLAR HOMES, INC.** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Curtis Grade Systems, Inc.** P. O. Box 42036-111 Phoenix, AZ 85080 | - | | BUSINESS DEBT | | | | 662.40 |
| Account No. **Dale's Painting** 135 E. St. Charles Phoenix, AZ 85040 | - | | BUSINESS DEBT | | | | 1,000.00 |
| Account No. **Damian Dhooge** 3141 W. Whitman Drive Anthem, AZ 85086 | - | | BUSINESS DEBT | | | | 1,830.00 |
| Account No. **DAN TROLLER** 5726 N. 19TH STREET, UNIT #1 Phoenix, AZ 85014 | - | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | Unknown |
| Account No. **DAVID POFALH** 580 PALO VERDE WAY Blythe, CA 92225 | - | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | Unknown |

Sheet no. __14__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   3,492.40

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.** _____ ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxx-xxxxx-x4110**<br><br>**Delta Dental Plan Arizona**<br>**5656 W. Talavi Blvd.**<br>**Glendale, AZ 85306** | - | | **BUSINESS DEBT** | | | | 1,846.28 |
| Account No.<br><br>**DENISE MARCHESE/FRISENDA**<br>**7346 W. CRABAPPLE DRIVE**<br>**Peoria, AZ 85383** | - | | **POTENTIAL BUSINESS LIABILITY FROM DEPOSITS** | | | X | **Unknown** |
| Account No.<br><br>**DEPROSPERO, ROBERT AND PATRICIA**<br>**13467 E. SUMMITT DRIVE**<br>**Scottsdale, AZ 85259** | - | | **POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME** | | | | 242,000.00 |
| Account No.<br><br>**Desert Electronics, Inc.**<br>**20635 N. Cave Creek Road**<br>**Phoenix, AZ 85024-4403** | - | | **BUSINESS DEBT** | | | | 2,800.81 |
| Account No.<br><br>**Desert Stoneworks**<br>**3446 N. 29th Avenue**<br>**Phoenix, AZ 85017** | - | | **BUSINESS DEBT** | | | | 92,937.50 |

Sheet no. __**15**__ of __**47**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **339,584.59**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**            ,      Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Representing:** <br>**Desert Stoneworks** | | | **BARRY BECKER, P.C.** <br>**2516 N. THIRD STREET** <br>**Phoenix, AZ 85004** | | | | |
| Account No. <br><br>**Diamondback Plastering LLC** <br>**8124 E. Via De Luna Drive** <br>**Scottsdale, AZ 85255** | - | | **BUSINESS DEBT** | | | | 141,291.00 |
| Account No. <br><br>**Dig It Excavating Inc.** <br>**P. O. Box 9001** <br>**Scottsdale, AZ 85252** | - | | **BUSINESS DEBT** | | | | 5,169.50 |
| Account No. <br><br>**DISCERNI, JOHN AND MARIE** <br>**RX INVESTMENTS** <br>**P.O. BOX 26314** <br>**Scottsdale, AZ 85255** | - | | **POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME** | | | | 400,000.00 |
| Account No. <br><br>**DR. TERRY & PAULINA FIFE** <br>**9927 N. 123RD STREET** <br>**Scottsdale, AZ 85259** | - | | **POTENTIAL BUSINESS LIABILITY** | | | | Unknown |

Sheet no. __16__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                               (Total of this page)      546,460.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> ED LIHVARCHIK <br> 5406 E. CALLE DE LAS ESTRELLAS <br> Cave Creek, AZ 85331 | - | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | 10,000.00 |
| Account No. <br><br> EDWARD GALLARDO <br> 3116 S. DELIA CT. <br> Valley Farms, AZ 85291 | - | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | Unknown |
| Account No. <br><br> Executive Drywall Inc. <br> 9411 W. Briles Road <br> Peoria, AZ 85383 | - | | BUSINESS DEBT | | | | 123,571.00 |
| Account No. <br><br> FAISAL & RENATE KHAN <br> 25155 N. 92ND STREET <br> Scottsdale, AZ 85255 | - | | POTENTIAL BUSINESS LIABILITY | | | | Unknown |
| Account No. **xxxx-x257-3** <br><br> Federal Express <br> P. O. Box 371461 <br> Pittsburgh, PA 15250-7461 | - | | BUSINESS DEBT | | | | 417.76 |

Sheet no. __17__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133,988.76

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**
_____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Firesprinkling Specialist Inc. 9170 E. Bahia Drive #104 Scottsdale, AZ 85260 | - | | | | | | 21,269.98 |
| Account No. | | | BUSINESS DEBT | | | | |
| Flanigan Lifts & Elevator Services P. O. Box 6598 Peoria, AZ 85385 | - | | | | | | 50,475.93 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME | | | | |
| GALLETT, KYLE AND LYNN 2125 W. WEATHERBY WAY Chandler, AZ 85248 | | | | | | | 208,000.00 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY | | | | |
| GANG PAN & MIN ZHANG 12156 E. CASITAS DEL RIO DRIVE Scottsdale, AZ 85255 | - | | | | | | Unknown |
| Account No. | | | BUSINESS DEBT | | | | |
| Gannett Pacific Publications 7600 N. 16th Street #150 Phoenix, AZ 85020 | - | | | | | | 15,540.00 |

Sheet no. __18__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**295,285.91**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**

_____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Gas Piping, Inc.<br>1950 E. Deer Valley Road  #B<br>Phoenix, AZ 85024 | - | | | | | | 5,567.50 |
| Account No. | | | BUSINESS DEBT | | | | |
| Geoffrey G. and Karen Bergauer<br>12 Cedarwood Court<br>Racine, WI 53402-2604 | - | | | | | | 1,615.16 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY | | | | |
| GERALD L MURPHY<br>22713 N. 19TH WAY<br>Phoenix, AZ 85024 | - | | | | | | Unknown |
| Account No. | | | BUSINESS DEBT | | | | |
| Getnet, Inc.<br>Dept # 2010   Lockbox 29661<br>Phoenix,, AZ 85038-9661 | - | | | | | | 81.35 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| GLENN MILLER<br>12035 N. 74TH PL.<br>Scottsdale, AZ 85260 | - | | | | | X | Unknown |

Sheet no. __19__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,264.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.**                    ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **PRIVATE LOANS** | | | | |
| **Gloria A. Shuster**<br>**23013 N. Pedregosa Drive**<br>**Sun City West, AZ 85375-2303** | - | | | | | | 1,000.00 |
| Account No. | | | **BUSINESS DEBT** | | | | |
| **GMC Construction Services, LLC**<br>**P. O. Box 26166**<br>**Scottsdale, AZ 85255** | - | | | | | | 650.00 |
| Account No. | | | **BUSINESS DEBT** | | | | |
| **Golden Flame, Inc.**<br>**24850 N. 19th Avenue**<br>**Phoenix, AZ 85085** | - | | | | | | 5,260.22 |
| Account No. | | | **BUSINESS DEBT** | | | | |
| **Hamid Rassti, P.E.**<br>**15106 E. Miravista Drive**<br>**Fountain Hills, AZ 85268** | - | | | | | | 6,000.00 |
| Account No. | | | **BUSINESS DEBT** | | | | |
| **Harper's Nursery**<br>**P. O. Box 28426**<br>**Scottsdale, AZ 85255-0157** | - | | | | | | 50,828.74 |

Sheet no. __20__ of __47__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)      63,738.96

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Haskins Electric<br>P. O. Box 57029<br>Phoenix, AZ 85079-7029 | | - | | BUSINESS DEBT | | | | 182,332.80 |
| Account No.<br><br>HBACA<br>7720 N. 16th Street<br>Phoenix, AZ 85020 | | - | | BUSINESS DEBT | | | | 430.00 |
| Account No.<br><br>HEDDEN, STEVE AND THERESA<br>9404 E. AERIE CLIFF<br>Fountain Hills, AZ 85268 | | - | | POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME | | | | 100,000.00 |
| Account No. xxxx-xxxx-xxxx-1921<br><br>HOME DEPOT<br>P.O. BOX 6028<br>The Lakes, NV 88901-6028 | | - | | BUSINESS DEBT | | | | 16,365.15 |
| Account No.<br><br>Hughes-Calihan<br>4730 N. 16th Street<br>Phoenix, AZ 85016 | | - | | BUSINESS DEBT | | | | 622.16 |

Sheet no. __21__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**299,750.11**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                  ,    Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Innovative Wine Cellar Designs<br>8340 E. Raintree Drive  #B-9<br>Scottsdale, AZ 85260 | - | | | | | | 7,849.68 |
| Account No. | | | BUSINESS DEBT | | | | |
| International Minute Press<br>12620 N. Cave Creek Road<br>Phoenix, AZ 85022 | - | | | | | | 21.96 |
| Account No. | | | BUSINESS DEBT | | | | |
| J.C. Contracting AZ Inc.<br>16002 N. 48th Drive<br>Glendale, AZ 85306 | - | | | | | | 16,631.25 |
| Account No. | | | BUSINESS DEBT | | | | |
| JANE AND HOWARD NUTT<br>1318 E. VILLA THERESA DRIVE<br>Phoenix, AZ 85022 | - | | | | | | Unknown |
| Account No. | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | |
| JEFF L. MUECKE<br>6980 E. SAHVARA, #2120<br>Scottsdale, AZ 85254 | - | | | | | | Unknown |

Sheet no. __22__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    24,502.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** _____ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jerome Johnson<br>P. O. Box 36012<br>Albuquerque, NM 87176 | | - | BUSINESS DEBT | | | | 2,040.00 |
| Account No.<br><br>JERRY B. MONROE<br>7405 W. BANFF LANE<br>Peoria, AZ 85381 | | - | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | Unknown |
| Account No.<br><br>JOHN AND CATHERINE O'CONNELL<br>2211 E. TURQUOISE AVE.<br>Phoenix, AZ 85028 | | - | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | 20,000.00 |
| Account No.<br><br>JOHN AND SHARI BURLEY<br>20165 N. 67TH AVE, #122-A<br>Glendale, AZ 85308 | | - | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | Unknown |
| Account No.<br><br>Representing:<br>JOHN AND SHARI BURLEY | | | JOHN AND SHARI BURLEY<br>7027 W. KIMBERLY WAY<br>Glendale, AZ 85308 | | | | |

Sheet no. __23__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,040.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.** _____ ,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| Johnson Windows & Doors 23606 N. 19th Avenue #16 Phoenix, AZ 85085 | - | | | | | | | 47,804.75 |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| JONATHAN IGER 1708 E. SHEENS DRIVE Phoenix, AZ 85022 | - | | | | | | X | Unknown |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| JOSE FRANCISCO AND EVA CARRAZCO 1429 E. LOS ARBOLES DRIVE Tempe, AZ 85284 | - | | | | | | | 15,500.00 |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY | | | | |
| JOYCE SALINAS 1038 MARIANAS LANE Alameda, CA 94502 | - | | | | | | | Unknown |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| KATHY LEARY 13522 E. ONYX COURT Scottsdale, AZ 85258 | - | | | | | | X | Unknown |

Sheet no. __24__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,304.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **CLASSIC STELLAR HOMES, INC.**                  ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | **BUSINESS DEBT** | | | | |
| **Keith J. and Jane Pickering**<br>**8880 E. Wethersfield Road**<br>**Scottsdale, AZ 85260** | - | | | | | | **31,665.60** |
| **Account No.** | | | **POTENTIAL BUSINESS LIABILITY** | | | | |
| **KEVIN DERRICK AND GWEN DANNENBAUM**<br>**P.O. BOX 14381**<br>**Scottsdale, AZ 85267** | - | | | | | | **Unknown** |
| **Account No.** | | | **POTENTIAL BUSINESS LIABILITY** | | | | |
| **KEVIN MULVEY**<br>**202 W CONRAD DRIVE**<br>**Phoenix, AZ 85023** | - | | | | | | **Unknown** |
| **Account No.** | | | **BUSINESS DEBT** | | | | |
| **King Engineering, Inc.**<br>**1393 E. Tyson Street**<br>**ChandlerAZ, AZ 85225** | - | | | | | | **7,172.00** |
| **Account No.** | | | **POTENTIAL BUSINESS LIABILITY FROM DEPOSITS** | | | | |
| **KIRK H. SOULLIERE**<br>**78505 PEARL DRIVE**<br>**Romeo, MI 48065** | - | | | | | X | **Unknown** |

Sheet no. __25__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal<br>                                     (Total of this page)    **38,837.60**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.** _____ ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KRISTIN ROOSSIN**<br>**8863 E. ANN WAY**<br>**Scottsdale, AZ 85260** | | - | | **BUSINESS DEBT** | | | | **500,000.00** |
| Account No.<br><br>**L & D Design Inc.**<br>**515 E. Carefree Highway  #121**<br>**Phoenix, AZ 85085** | | - | | **BUSINESS DEBT** | | | | **246,121.70** |
| Account No.<br><br>Representing:<br>L & D Design Inc. | | | | **THE LAW FIRM OF SHUGHART THOMSON AND KILROY**<br>**3636 N. CENTRAL AVE., SUITE 1200**<br>**Phoenix, AZ 85012** | | | | |
| Account No.<br><br>**LARRY NGUYEN AND TRAM KIEU**<br>**928 N. NOLAN PL.**<br>**Chandler, AZ 85249** | | - | | **POTENTIAL BUSINESS LIABILITY FROM DEPOSITS** | | | X | **Unknown** |
| Account No.<br><br>**LAURIE RAMSBACHER**<br>**659 S. SAHUARO DRIVE**<br>**Gilbert, AZ 85233** | | - | | **POTENTIAL BUSINESS LIABILITY FROM DEPOSITS** | | | | **5,000.00** |

Sheet no. __26__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **751,121.70**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LEONARD & JENNIFER RUSSO**<br>**8000 GRAPEVINE ROAD**<br>**Carefree, AZ 85377** | - | | **POTENTIAL BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. **xx-xxx2-AC267**<br><br>**Lexus Financial Services**<br>**P. O. Box 60116**<br>**City of Industry, CA 91716-0016** | - | | **BUSINESS DEBT** | | | | **1,003.37** |
| Account No.<br><br>**Linder Publishing, Inc.**<br>**8541 E. Anderson Drive #105**<br>**Scottsdale, AZ 85255-5430** | - | | **BUSINESS DEBT** | | | | **43,491.58** |
| Account No.<br><br>**LLEWELYN, ROBERT AND MARILYN**<br>**2277 E. MERCER LANE**<br>**Phoenix, AZ 85028** | - | | **POTENTIAL BUSINESS LIABILITY -**<br>**UNFINISHED HOME** | | | | **300,000.00** |
| Account No.<br><br>**Lodi Garage Doors & More**<br>**3314 W. Osborn Road**<br>**Phoenix, AZ 85017** | - | | **BUSINESS DEBT** | | | | **13,055.00** |

Sheet no. **27** of **47** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**357,549.95**

In re **CLASSIC STELLAR HOMES, INC.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **MAHOUR, DR. G. HOSSEIN & BARBARA** <br> **2411 INVERNESS AVENUE** <br> **Los Angeles, CA 90027** | | - | | POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME | | | | 400,000.00 |
| Account No. <br><br> **MARTIN W. WILSON** <br> **8177 E. RITA DRIVE** <br> **Fountain Hills, AZ 85269** | | - | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | Unknown |
| Account No. <br><br> **Mayan Fencing** <br> **1617 s. 59th Avenue** <br> **Phoenix, AZ 85043** | | - | | BUSINESS DEBT | | | | 16,371.50 |
| Account No. <br><br> **Media That Deelivers, Inc.** <br> **8132 N. 87th Place** <br> **Scottsdale, AZ 85258** | | - | | BUSINESS DEBT | | | | 27,417.00 |
| Account No. <br><br> **Mesa Insulation Company, Inc.** <br> **748 S. Drew Street** <br> **Mesa, AZ 85210** | | - | | BUSINESS DEBT | | | | 8,545.00 |

Sheet no. __28__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

452,333.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                       ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | POTENTIAL BUSINESS LIABILITY | | | | |
| **MICHAEL & THERESA VITERI**<br>**1642 S. CAMELLIA DRIVE**<br>**Chandler, AZ 85248** | - | | | | | | | **Unknown** |
| **Account No.** | | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | |
| **MICHAEL B. MUSCATO AND**<br>**JEANNINE T. CERNY**<br>**5833 E. HEDGEHOG PL.**<br>**Scottsdale, AZ 85262** | - | | | | | | | **Unknown** |
| **Account No.** | | | | POTENTIAL BUSINESS LIABILITY | | | | |
| **MIKE MATTHEWS**<br>**12047 W MONTY LINCOLN**<br>**Sun City, AZ 85373** | - | | | | | | | **Unknown** |
| **Account No.** | | | | BUSINESS DEBT | | | | |
| **MistAmerica Corp.**<br>**7655 E. Evans Road  #7**<br>**Scottsdale, AZ 85260** | - | | | | | | | **1,281.40** |
| **Account No.** | | | | BUSINESS DEBT | | | | |
| **Mobile Mini, Inc.**<br>**7420 S. Kyrene Road**<br>**Tempe, AZ 85283** | - | | | | | | | **204.26** |
| Sheet no. __29__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal<br>(Total of this page) | | **1,485.66** |

In re  **CLASSIC STELLAR HOMES, INC.** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Morris Visitor Publications LLC**<br>**P. O. Box 933574**<br>**Atlanta, GA 31193-3574** | - | | **BUSINESS DEBT** | | | | 5,539.94 |
| Account No.<br><br>**Morrison Group, Inc.**<br>**P. O. Box 39242**<br>**Phoenix, AZ 85069-9242** | - | | **BUSINESS DEBT** | | | | 1,600.00 |
| Account No.<br><br>**Move Sales, Inc.**<br>**P. O. Box 13239**<br>**Scottsdale, AZ 85267-3239** | - | | **BUSINESS DEBT** | | | | 100.00 |
| Account No.<br><br>**Murillo's Grading, Inc.**<br>**P. O. Box 2172**<br>**Chandler, AZ 85244** | - | | **BUSINESS DEBT** | | | | 2,987.50 |
| Account No.<br><br>**NANCY & JACK WARNER**<br>**9522 E. MEADOWVIEW DRIVE**<br>**Gilbert, AZ 85297** | - | | **POTENTIAL BUSINESS LIABILITY** | | | | Unknown |

Sheet no. __30__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,227.44

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**           ,      Case No. _____
<br>Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NARENDRA & SOMA GODBOLE** <br>**13810 N. 16TH WAY** <br>**Phoenix, AZ 85022** | | - | **POTENTIAL BUSINESS LIABILITY** | | | | **Unknown** |
| Account No. <br><br>Nesco Manufacturing, Inc. <br>1510 W. Drake Drive <br>Tempe, AZ 85283-4346 | | - | **BUSINESS DEBT** | | | | **3,342.00** |
| Account No. <br><br>**NGUYEN DOAN** <br>**1328 E. MONTE CRISTO AVE.** <br>**Phoenix, AZ 85022** | | - | **BUSINESS DEBT** | | | | **Unknown** |
| Account No. <br><br>North Valley Magazine <br>3120 W. Carefree Highway  #1-128 <br>Phoenix, AZ 85086 | | - | **BUSINESS DEBT** | | | | **9,300.00** |
| Account No. <br><br>NvsN Design, LLC <br>28450 N. 108th Way <br>Scottsdale, AZ 85262 | | - | **BUSINESS DEBT** | | | | **11,980.15** |

Sheet no. __31__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page)    **24,622.15**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.** _____,    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **BUSINESS DEBT** | | | | |
| **One Way Electric, Inc.** **1625 w. Parsons Road** **Phoenix, AZ 85085** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **BUSINESS DEBT** | | | | |
| **Pac-Van, Inc.** **2693 Paysphere Circle** **Chicago, AZ 60674** | - | | | | | | |
| | | | | | | | **2,763.44** |
| Account No. | | | **BUSINESS DEBT** | | | | |
| **Paragon Building Service** **3010 W. Kerry Lane** **Phoenix, AZ 85027** | - | | | | | | |
| | | | | | | | **8,434.45** |
| Account No. | | | **POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME** | | | | |
| **PARIHK, SUDAH AND SANDIP** **10336 E. PENSTAMIN DRIVE** **Scottsdale, AZ 85255** | - | | | | | | |
| | | | | | | | **320,000.00** |
| Account No. | | | **SAM RAYYAN** **11801 E. LARKSPUR DRIVE** **Scottsdale, AZ 85259** | | | | |
| **Representing:** **PARIHK, SUDAH AND SANDIP** | | | | | | | |

Sheet no. __**32**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal     | **331,197.89**
                                     (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                                                      ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| **PARKER APPRAISALS, INC.** **8727 E. VIA de COMMERIAL, #110** **Scottsdale, AZ 85258** | - | | | | | | 200.00 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME | | | | |
| **PASCALE, CHRIS AND CHERI** **4538 E. FERNWOOD COURT** **Cave Creek, AZ 85331** | - | | | | | | 100,000.00 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY | | | | |
| **PASCUCCI, ANITA** **28989 N 79TH STREET** **Scottsdale, AZ 85266** | - | | | | | | Unknown |
| Account No. | | | BUSINESS DEBT | | | | |
| **Paso Fino HOA** **P. O. Box 39242** **Phoenix, AZ 85069-9242** | - | | | | | | 942.06 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| **PAUL LEY** **1876 W. PION DRIVE** **Phoenix, AZ 85086** | - | | | | | X | Unknown |

Sheet no. __33__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,142.06

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PEARLSTEIN, MIKE AND CHERI** <br> **6281 W. SHANNON STREET** <br> **Chandler, AZ 85226** | - | | POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME | | | | 181,400.00 |
| Account No. <br><br> **Pella Windows of Phoenix, Inc.** <br> **730 W. Fairmount Drive** <br> **Tempe, AZ 85282** | - | | BUSINESS DEBT | | | | 29,779.11 |
| Account No. <br><br> **Phoenix Associated Realtors** <br> **5033 N. 19th Avenue  #119** <br> **Phoenix, AZ 85015** | - | | BUSINESS DEBT | | | | 61.42 |
| Account No. **xxxx3526** <br><br> **PHOENIX CITY TREASURER** <br> **P.O. BOX 29690** <br> **Phoenix, AZ 85038-9690** | - | | BUSINESS DEBT | | | | 31,712.62 |
| Account No. <br><br> **PINCUS, STEVE AND GAYLE** <br> **11643 E. APPALOOSA PLACE** <br> **Scottsdale, AZ 85259** | - | | POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME | | | | 170,000.00 |

Sheet no. __34__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

412,953.15

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**          ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Representing:** <br> **PINCUS, STEVE AND GAYLE** | | | **KELLER, KELLER & NEWMAN, PLLC** <br> **7330 N. 16TH STREET, SUITE C-117** <br> **Phoenix, AZ 85020** | | | | |
| Account No. <br><br> **Pitney Bowes Inc.** <br> **P. O. Box 856460** <br> **Louisville, KY 40285-6460** | - | | **BUSINESS DEBT** | | | | 9.11 |
| Account No. xxxxxxx1862 <br><br> **Pitney Bowes Purchase Power** <br> **P. O. Box 856042** <br> **Louisville, KY 40285-6042** | - | | **BUSINESS DEBT** | | | | 254.84 |
| Account No. xxxxxx3897 <br><br> **Porsche Credit Corporation** <br> **P. O. Box 4253** <br> **Lisle, IL 60532** | - | | **BUSINESS DEBT** | | | | 2,825.32 |
| Account No. x8405 <br><br> **Pre-Paid Legal Services, Inc.** <br> **P. O. Box 2629** <br> **Ada, OK 74821-9984** | - | | **BUSINESS DEBT** | | | | 73.60 |

Sheet no. __35__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal         **3,162.87**
                             (Total of this page)

Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.**                                           ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | BUSINESS DEBT | | | | |
| Pride of the Valley 8540 E. McDowell Road #18 Mesa, AZ 85207 | - | | | | | | | | 3,027.06 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| Quality Grading, Inc. 7464 E. Tierra Buena Lane Scottsdale, AZ 85260 | - | | | | | | | | 12,764.10 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| Quicksilver Express Courier P. O. Box 64417 St. Paul, MN 55164-0417 | - | | | | | | | | 357.41 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| Qwest P. O. Box 29039 Phoenix, AZ 85038-9039 | - | | | | | | | | 3,599.82 |
| Account No. | | | | | BUSINESS DEBT | | | | |
| R/S Service & Supply, Inc. 10227 N. El Mirage Road El Mirage, AZ 85335 | - | | | | | | | | 6,050.00 |

Sheet no. __36__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                25,798.39

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Raintree Mechanical, Inc. 7845 E. Evans Road # F Scottsdale, AZ 85260 | - | | | | | | 25,800.00 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| RAYYAN DOUBLETREE 11801 E. LARKSPUR DRIVE Scottsdale, AZ 85259 | - | | | | | X | Unknown |
| Account No. | | | BUSINESS DEBT | | | | |
| Richard Herbert 2140 W. Greenway Road #2 Phoenix, AZ 85032 | - | | | | | | 19,000.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Richman Media Group LLC 8300 N. Hayden Road #207 Scottsdale, AZ 85258 | - | | | | | | 6,960.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| ricker, atkinson, McBee Morman 2105 S. Hardy Drive #13 Tempe, AZ 85282 | - | | | | | | 5,489.50 |

Sheet no. __37__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,249.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **CLASSIC STELLAR HOMES, INC.** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Rinker Materials<br>P. O. Box 73261<br>Chicago, IL 60673-3261 | | - | | | | | 2,134.04 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY | | | | |
| ROBERT & ROSEANN OSTAPOVICH<br>14033 E. MILTON DRIVE<br>Scottsdale, AZ 85255 | | - | | | | | Unknown |
| Account No. | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| ROD COMER/RAMIREZ<br>P.O. BOX 93771<br>Phoenix, AZ 85070 | | - | | | | X | Unknown |
| Account No. | | | BUSINESS DEBT | | | | |
| Rustic Decor Store<br>7645 E. Evans Road  #1<br>Scottsdale, AZ 85260 | | - | | | | | 3,580.00 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| SAMMY D. AND KARI GOE<br>2921 E. NIGHTHAWK WAY<br>Phoenix, AZ 85048 | | - | | | | X | Unknown |

Sheet no. __38__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    5,714.04

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **CLASSIC STELLAR HOMES, INC.** ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 220617 **SCF Arizona - Workers Compensation** P. O. Box 33049 Phoenix, AZ 85067-3049 | - | | **BUSINESS DEBT** | | | | 3,809.48 |
| Account No. **Scott Blueprint** 133 W. 1st Avenue Mesa, AZ 85210 | - | | **BUSINESS DEBT** | | | | 484.06 |
| Account No. **Security Title Agency** 23200 N. Pima Road Scottsdale, AZ 85255 | - | | **BUSINESS DEBT** | | | | 3,901.77 |
| Account No. **SECURITY TITLE AGENCY INC.** 23200 N. PIMA ROAD, #108 Scottsdale, AZ 85255 | - | | **POTENTIAL BUSINESS LIABILITY** | | | | Unknown |
| Account No. **Sierra Boulders HOA** P. O. Box 39242 Phoenix, AZ 85069-9242 | - | | **BUSINESS DEBT** | | | | 1,275.00 |

Sheet no. __39__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **9,470.31**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re  **CLASSIC STELLAR HOMES, INC.**                                       ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| Simple Systems, LLC 1249 E. Northern Avenue Phoenix, AZ 85020 | | - | | | | | | 44,689.65 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Simply Home Cinemas, LLC 16573 N. 92nd Street Scottsdale, AZ 85260 | | - | | | | | | 17,543.87 |
| Account No. | | | | BUSINESS DEBT | | | | |
| SL Concrete Inc. 502 N. Snead Drive Payson, AZ 85541 | | - | | | | | | 42,295.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| SOS Exterminating, Inc. 1240 w. San Pedro Street Gilbert, AZ 85233 | | - | | | | | | 9,926.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Southwest Mobile Storage 902 S. 7th Street Phoenix, AZ 85034 | | - | | | | | | 923.59 |

Sheet no. __40__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **115,378.11**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **CLASSIC STELLAR HOMES, INC.** _____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Specialty Roofing, Inc. 8200 N. 75th Avenue Peoria, AZ 85345 | - | | | | | | 168,943.00 |
| Account No. | | | PRIVATE LOANS | | | | |
| Stephen D. Wright 25627 N. Hackberry Drive Glendale, AZ 85310 | - | | | | | | 3,400.00 |
| Account No. | | | PRIVATE LOANS | | | | |
| Steven C. and Theresa Hedden 9404 N. Aerie Cliff Fountain Hills, AZ 85268 | - | | | | | | 1,600.66 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| SUMANT KHARBANDA 2234 W. TWAIN DRIVE Phoenix, AZ 85086 | - | | | | | X | Unknown |
| Account No. | | | BUSINESS DEBT | | | | |
| Sun Valley Veneers 3135 E. Gary Street Mesa, AZ 85213 | - | | | | | | 146,505.00 |

Sheet no. __41__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

320,448.66

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **CLASSIC STELLAR HOMES, INC.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **BUSINESS DEBT** | | | | |
| Sunburst Pools, Inc. 20710 N. Scottsdale Road Scottsdale, AZ 85255 | - | | | | | | | 31,059.60 |
| Account No. | | | | **BUSINESS DEBT** | | | | |
| Sunstate Plumbing Inc 11051 N. 132nd Avenue Surprise, AZ 85379 | - | | | | | | | 438,336.05 |
| Account No. | | | | **BUSINESS DEBT** | | | | |
| Superior Masonry, Inc. P. O. Box 55150 Phoenix, AZ 85078 | - | | | | | | | 124,193.21 |
| Account No. | | | | **PRIVATE LOANS** | | | | |
| Suzanne M. Gallo 4711 Park Olivo Calabasas, CA 91302 | - | | | | | | | 2,700.00 |
| Account No. | | | | **BUSINESS DEBT** | | | | |
| Terra Dynamic Engineering, LLC 2930 E. Northern Avenue  #B-106 Phoenix, AZ 85028 | - | | | | | | | 3,140.00 |

Sheet no. __42__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**599,428.86**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **CLASSIC STELLAR HOMES, INC.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| The Homebuilders Connection 1207 N. Miller Road Tempe, AZ 85281 | - | | | | | | | 1,060.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| The Perfect Closet 320 S. Nina Drive  #13 Mesa, AZ 85210 | - | | | | | | | 1,630.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| The Wall Company 1476 W. Harvard Avenue Gilbert, AZ 85233 | - | | | | | | | 166,200.00 |
| Account No. | | | | POTENTIAL BUSINESS LIABILITY | | | | |
| THOMAS & LOURDES LIN 10778 E. WHITEHORN DRIVE Scottsdale, AZ 85255 | - | | | | | | | Unknown |
| Account No. | | | | PRIVATE LOANS | | | | |
| Thomas C. and Anna Dannenbaum 23601 N. 84th Place Scottsdale, AZ 85255 | - | | | | | | | 327,665.66 |

Sheet no. __43__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**496,555.66**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CLASSIC STELLAR HOMES, INC.** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**THOMAS HELBIG**<br>**7820 N. MOCKINGBIRD**<br>**Paradise Valley, AZ 85253** | | - | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | <br><br>**Unknown** |
| Account No.<br><br>**Thorbred Framing**<br>**3950 E. Presidio Street**<br>**Mesa, AZ 85215** | | - | | BUSINESS DEBT | | | | <br><br>**464,656.00** |
| Account No.<br><br>**Thorobred Trim**<br>**3950 E. Presidio Street**<br>**Mesa, AZ 85215** | | - | | BUSINESS DEBT | | | | <br><br>**111,066.00** |
| Account No.<br><br>**TIM WALD**<br>**22460 N 77TH WAY**<br>**Scottsdale, AZ 85255** | | - | | BUSINESS DEBT | | | | <br><br>**3,500.00** |
| Account No.<br><br>**TIMOTHY MURPHY**<br>**37170 N. GRANITE CREEK LANE**<br>**Chandler, AZ 85248** | | - | | POTENTIAL BUSINESS LIABILITY | | | | <br><br>**Unknown** |

Sheet no. __44__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**579,222.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| TMR Construction, Inc. 26214 N. 102nd Avenue Peoria, AZ 85383 | - | | | | | | | 9,740.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Tree Relocators Inc. 6502 N. 81st Place Scottsdale, AZ 85250 | - | | | | | | | 8,616.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Ultimate Information Systems P. O. Box 2923 Peoria, AZ 85380-2923 | - | | | | | | | 5,400.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| United Design Electrical Group 809 W. Maryland Phoenix, AZ 85013 | - | | | | | | | 4,565.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| USA Mobility Wireless, Inc. P. O. Box 660770 Dallas, TX 75266-0770 | - | | | | | | | 234.43 |

Sheet no. __45__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,555.43

In re   **CLASSIC STELLAR HOMES, INC.**                      ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx9806**<br><br>Volvo Finance North America<br>Department # 193901<br>Detroit, MI 48255-1939 | | - | | | BUSINESS DEBT | | | | 2,591.37 |
| Account No.<br><br>WARD ASHMAN<br>1045 KARIN WAY<br>Mountain View, CA 94040 | | - | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | X | Unknown |
| Account No.<br><br>Waste Management of Arizona - Toilet Svc<br>1580 E. Elwood<br>Phoenix, AZ 85040 | | - | | | BUSINESS DEBT | | | | 3,461.42 |
| Account No.<br><br>Waste Management of Arizona - Trash Svc<br>1580 E. Elwood<br>Phoenix, AZ 85040 | | - | | | BUSINESS DEBT | | | | 10,135.43 |
| Account No. **MULTIPLE**<br><br>Wells Fargo Card Services<br>P. O. Box 6415<br>Carol Stream, IL 60197-6415 | | - | | | BUSINESS DEBT | | | | 17,984.65 |

Sheet no. __46__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
(Total of this page)          **34,172.87**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.** _____,    Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | POTENTIAL BUSINESS LIABILITY | | | | |
| **WELLS, JOE AND VALERIE SORKIN-WELLS 11808 E. CLINTON STREET Scottsdale, AZ 85259** | - | | | | | | Unknown |
| Account No. | | | PRIVATE LOANS | | | | |
| **William and Terry Armstrong 8862 E. Ann Way Scottsdale, AZ 85260** | - | | | | | | 7,500.00 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY - UNFINISHED HOME | | | | |
| **WILLIAMSON, GARY AND KRIS 4117 ARCADIA WAY Oceanside, CA 92056** | - | | | | | | 300,000.00 |
| Account No. | | | POTENTIAL BUSINESS LIABILITY FROM DEPOSITS | | | | |
| **YU (DAN) NGUYEN 1328 E. MONTE CRISTO Phoenix, AZ 85022** | - | | | | | X | Unknown |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __47__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 307,500.00 |
| | Total (Report on Summary of Schedules) | 9,171,441.34 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

.

In re  **CLASSIC STELLAR HOMES, INC.** _____ ,  Case No. _____

_____ Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Arizona Mini Storage** <br> **12650 N. Cave Creek Rd** <br> **Phoenix, AZ 85022** | MINI STORAGE UNIT |
| **Arizona Mini Storage** <br> **12650 N. Cave Creek Rd** <br> **Phoenix, AZ 85022** | MINI STORAGE LEASE |
| **BRENDON, LLC** <br> **2390 E. CAMELBACK ROAD, #310** <br> **Phoenix, AZ 85016** | OFFICE LEASE: 1940 E. THUNDERBIRD ROAD, SUITE 100/105, PHOENIX, AZ. |
| **Geoffrey G. Bergauer & Karen L. Bergauer** <br> **12 Cedarwood Court** <br> **Racine, WI 53402-2604** | LEASE OF MODEL HOME AT TRANQUIL TRAIL |
| **KEN DANNENBAUM** <br> **2045 E. MYRTLE** <br> **Phoenix, AZ 85016** | LEASE OF PERSONAL RESIDENCE AS A MODEL HOME |
| **Volvo Finance North America** <br> **Department # 193901** <br> **Detroit, MI 48255-1939** | VEHICLE LEASE: 2008 VOLVO XE90 |

0

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLASSIC STELLAR HOMES, INC.**                       ,    Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KENNETH & CONNIE SOO DANNENBAUM** | |
| **STEVE & THERESA HEDDEN** | |
| **TOM & ANNA DANNENBAUM** | |

0

     continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **CLASSIC STELLAR HOMES, INC.**             Case No. _____

Debtor(s)        Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the VICE PRESIDENT of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**73**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 6, 2009** _____      Signature    **/s/ KENNETH DANNENBAUM** _____

                                                **KENNETH DANNENBAUM**
                                                **VICE PRESIDENT**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re   **CLASSIC STELLAR HOMES, INC.** _____   Case No. _____

                                                        Debtor(s)       Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$22,936,170.00** | **2006 INCOME PERIOD 07/01/06 - 06/30/07** |
| **$16,045,196.00** | **2007 INCOME PERIOD 07/01/07 - 06/30/08** |
| **$5,177,401.00** | **2008 INCOME PERIOD 07/01/08 - PRESENT** |

**2. Income other than from employment or operation of business**


None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**


None

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR **ORDINARY COURSE OF BUSINESS ONLY** | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **KEN DANNENBAUM**<br><br>    **MEMBER** | **2008 (AMOUNT IS NET OF MODEL HOME RENT)** | **$181,327.00** | **$0.00** |
| **Thomas C. Dannenbaum**<br>**23601 N. 84th Place**<br>**Scottsdale, AZ 85255**<br>    **MEMBER** | **2008** | **$47,718.00** | **$327,665.66** |
| **Steven C. Hedden**<br>**9404 N. Aerie Cliff**<br>**Fountain Hills, AZ 85268**<br>    **MEMBER** | **2008 (AMOUNT IS NET OF LAND DEPOSIT)** | **$110,151.00** | **$1,600.66** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **PACIFIC IDEMNITY COMPANY V. CLASSIC STELLAR HOMES CASE NO CV2007-006089** | **CIVIL** | **MARICOPA COUNTY, SUPERIOR COURT** | **PENDING** |
| **FARMERS INSURANCE EXCHANGE V. CLASSIC STELLAR HOMES CASE NO CV2008-050641** | **CIVIL** | **MARICOPA COUNTY, SUPERIOR COURT** | **PENDING** |
| **CLAYTON GLASS & ACCESSORIES, INC. V. CLASSIC STELLAR HOMES INC. CASE NO. CV2008-019260** | **CIVIL** | **MARICOPA COUNTY, SUPERIOR COURT** | **PENDING** |
| **ALVIN AND HELGA MATTHEWS V. CLASSIC STELLAR HOMES CASE NO CV2008-003378** | **CIVIL** | **MARICOPA COUNTY, SUPERIOR COURT** | **PENDING** |
| **GLENDA DOWN V. CLASSIC STELLAR HOMES CASE NO. CC2008-058877** | **CIVIL** | **MCDOWELL MOUNTAIN JUSTICE COURT** | **DISMISSED** |
| **DESERT STONEWORKS MARBLE AND GRANIT CO. LLC V CLASSIC STELLAR HOMES, INC. CASE NO. CV2008-029610** | **CIVIL** | **MARICOPA COUNTY, SUPERIOR COURT** | **PENDING** |
| **NORTH VALLEY MAGAZINE LLC V CLASSIC STELLAR HOMES, INC. CASE NO. CV2008-031102** | **CIVIL** | **MARICOPA COUNTY, SUPERIOR COURT** | **PENDING** |
| **STEVEN B. PINCUS AND GAYLE PINCUS V. CLASSIC STELLAR HOMES, INC. CASE NO. CV2008-054959** | **CIVIL** | **MARICOPA COUNTY, SUPERIOR COURT** | **PENDING** |
| **GEOFFREY G. BERGAUER AND KAREN L. BERGAUER V. CLASSIC STELLAR HOMES, INC. CASE NO. CV2008-031949** | **CIVIL** | **MARICOPA COUNTY, SUPERIOR COURT** | **PENDING** |

None
☐
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ARIZONA DEPARTMENT OF REVENUE P.O. BOX 29070 Phoenix, AZ 85038** | **12/12/2008** | **$8,400.00** |

4

**5. Repossessions, foreclosures and returns**


None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**


None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**


None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **The Law Office of Harold E. Campbell P.C**<br>**1811 S. Alma School Road, Suite 225**<br>**Mesa, AZ 85210** | **KEN DANNENBAUM, TOM**<br>**DANNENBAUM, STEVE HEDDEN** | **$9,701.00** |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**ORDINARY COURSE OF BUSINESS SALES FOR THIS REAL ESTATE DEVELOPER**

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None


If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                         NAME USED                                         DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| CLASSIC STELLAR HOMES, INC. | 86-0663968 | | REAL ESTATE DEVELOPMENT AND HOME BUILDERS | 1990 - 2008 |

None ☒
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| BERNARD AND STALLMAN 8125 N 23RD AVE, #232 Phoenix, AZ 85021 | 1990 - PRESENT |

None ☒
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                                    DATES SERVICES RENDERED

None ☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| CLASSIC STELLAR HOMES INC. | 1940 E. THUNDERBIRD, #105 Phoenix, AZ 85022 |

☐ None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **MULTIPLE LENDERS IN THE ORDINARY COURSE OF BUSINESS** | **COPPERSTAR BANK, BANK USA, BANK OF AMERICA, NATIONAL BANK OF ARIZONA, CORNERSTONE LENDING, BILL AND TERRY ARMSTRONG, HARRIS TRUST** |

### 20. Inventories

☒ None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

☒ None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

☒ None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

☐ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **KENNETH DANNENBAUM** | **V.P. AND DIRECTOR** | **40%** |
| **TOM DANNENBAUM** | **PRESIDENT AND DIRECTOR** | **20%** |
| **STEVE HEDDEN** | **EXECUTIVE V.P., SECRETARY AND DIRECTOR** | **40%** |
| **RUSS CONWAY** | **SECRETARY** | |

### 22 . Former partners, officers, directors and shareholders

☒ None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

☒ None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **KENNETH DANNENBAUM** | **SALARY: 2008** | **$108,462.00** |
| **MEMBER** | | |
| **TOM DANNENBAUM** | **SALARY: 2008** | **$150,400.00** |
| **MEMBER** | | |
| **STEVE HEDDEN** | **SALARY: 2008** | **$86,769.00** |
| **MEMBER** | | |

**24. Tax Consolidation Group.**

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☒   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND      TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 6, 2009**                    Signature  **/s/ KENNETH DANNENBAUM**
                                                        **KENNETH DANNENBAUM**
                                                        **VICE PRESIDENT**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

In re **CLASSIC STELLAR HOMES, INC.**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept......................................................... $ _____ 9,701.00_

   Prior to the filing of this statement I have received......................................... $ _____ 9,701.00_

   Balance Due......................................................................................................... $ _____ 0.00_

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor   ☒ Other (specify): **KENNETH DANNENBAUM, TOM DANNENBAUM AND STEVE HEDDEN**

4. The source of compensation to be paid to me is:

   ☒ Debtor   ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: December 29, 2008

/s/HAROLD E. CAMPBELL/005160/
**Harold E. Campbell 5160**
**The Law Office of Harold E. Campbell P.C.**
**1811 S. Alma School Road, Suite 225**
**Mesa, AZ 85210**
**480-839-4828  Fax: 480-897-1461**
**heciii@haroldcampbell.com**

---

# United States Bankruptcy Court
## District of Arizona

In re **CLASSIC STELLAR HOMES, INC.**

Debtor(s)

Case No.

Chapter **7**

# DECLARATION

I, the VICE PRESIDENT of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __26__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **January 6, 2009**

**/s/ KENNETH DANNENBAUM**
**KENNETH DANNENBAUM/VICE PRESIDENT**
Signer/Title

Date: **January 6, 2009**

**/s/ Harold E. Campbell**
Signature of Attorney
**Harold E. Campbell 5160**
**The Law Office of Harold E. Campbell P.C.**
**1811 S. Alma School Road, Suite 225**
**Mesa, AZ 85210**
**480-839-4828  Fax: 480-897-1461**

MML-5

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

CLASSIC STELLAR HOMES, INC. -

A. L. HEDDEN SURVEYING
29011 N. 154TH STREET
SCOTTSDALE AZ 85262


ACCENT PAVING, INC.
P. O. BOX 7494
CAVE CREEK AZ 85327


ADVANCE INSULATION, INC.
P. O. BOX 1351
PRESCOTT AZ 86302


ALFRED M. ADAMS
6501 E. GREENWAY ROAD
SCOTTSDALE AZ 85254


ALLEN CONSULTING ENGINEER, INC.
2550 N. THUNDERBIRD CIRCLE #132
MESA AZ 85215


ALLTEL
P. O. BOX 79029
PHOENIX AZ 85062-9029


AMERICAN EXPRESS COMPANY
P. O. BOX 0001
LOS ANGELES CA 90096-0001


AMERICAN FENCE COMPANY, INC.
2502 N. 27TH AVENUE
PHOENIX AZ 85009


ANGELA NIELSEN
2740 E. FRIESS DRIVE
PHOENIX AZ 85032


ANGELA ROSSI
3622 E. KAREN DRIVE
PHOENIX AZ 85032


APROPOS INTERIOR & DESIGN, LLC
5252 E. KAREN DRIVE
SCOTTSDALE AZ 85254

CLASSIC STELLAR HOMES, INC. -

ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29070
PHOENIX AZ 85038

ARIZONA FINAL CLEAN
P. O. BOX 27555
SCOTTSDALE AZ 85255

ARIZONA HARDWOOD FLOOR SUPPLY
1515 E. HADLEY STREET #100
PHOENIX AZ 85034

ARIZONA MINI STORAGE
12650 N. CAVE CREEK RD
PHOENIX AZ 85022

ARIZONA PROTECTION AGENCY
3200 N. HAYDEN ROAD #235
SCOTTSDALE AZ 85251

ARIZONA PUBLIC SERVICE
P. O. BOX 2907
PHOENIX AZ 85062

ARIZONA REGIONAL ML SERVICE
110 S. PRIEST DRIVE
TEMPE AZ 85281-2493

ARIZONA WHOLESALE SUPPLY COMPANY
2020 E. UNIVERSITY DRIVE
PHOENIX AZ 85034

ARNOLD ANTHONY BRADY
11680 N. 94TH WAY
SCOTTSDALE AZ 85260

AT&T
P. O. BOX 78522
PHOENIX AZ 85062-8522

ATERRA LIGHTING/CONTROLS, LLC
7891 E. MCCLAIN DRIVE #201
SCOTTSDALE AZ 85260

CLASSIC STELLAR HOMES, INC. -

AVAYA, INC.
P. O. BOX 5125
CAROL STREAM IL 60197-5125

AXBERG, PAUL AND AMY
12944 W. ALEGRE DRIVE
LITCHFIELD PARK AZ 85340

BANK OF ARIZONA
7047 EAST GREENWAY PARKWAY, STE 300
SCOTTSDALE AZ 85254

BANK OF ARIZONA
P. O. BOX 268964
OKLAHOMA CITY OK 73126

BANK USA
2222 E. CAMELBACK ROAD
PHOENIX AZ 85016

BARRY BECKER, P.C.
2516 N. THIRD STREET
PHOENIX AZ 85004

BASSAM ABDULL-FATTAH
2745 E. CORTEZ
PHOENIX AZ 85028

BERGHAUER, JEFFREY & KAREN
12 CEDARWOD COURT
RACINE WI 53402

BERNARD & STALLMAN, P.C.
8125 N. 23RD AVENUE #232
PHOENIX AZ 85021

BEST DRESSED WINDOWS
10251 N. CENTRAL AVENUE
PHOENIX AZ 85020

BHARAT AND PANNA GANDHI
8904 E. WETHERSFIELD
SCOTTSDALE AZ 85254

CLASSIC STELLAR HOMES, INC. -

BHERU GANDHI
8904 E. WETHERSFIELD ROAD
SCOTTSDALE AZ 85260

BIPINCHANDRA PATEL
226 W. BETTY ELSE LANE
PHOENIX AZ 85023

BLACK MOUNTAIN SEWER CORP.
P. O. BOX 52620
PHOENIX AZ 85072-2620

BLUE CROSS BLUE SHIELD AZ
P. O. BOX 81049
PHOENIX AZ 85069-1049

BOB AND KATE MUNHALL
1912 E. CLAREMONT
PHOENIX AZ 85016

BREINHOLT CONTRACTING COMPANY, INC.
2915 W. PIMA STREET
PHOENIX AZ 85009-6311

BRENDON, LLC
2390 E. CAMELBACK ROAD, #310
PHOENIX AZ 85016

BRETT FINBERG
227 BEGIER AVENUE
SAN LEANDR CA 94577

BRIAN BERGIN
6613 N. SCOTTSDALE ROAD, SUITE 200
SCOTTSDALE AZ 85250

BRUCE & SYLVIA FARLEY
13610 E. AMBER SUN DRIVE
SCOTTSDALE AZ 85262

BRUCE AND CHRISTINE LINCOLN
3044 W COTTONWOOD LANE
PHOENIX AZ 85045

CLASSIC STELLAR HOMES, INC. -


BUCHALTER NEMER
16435 NORTH SCOTTSDALE ROAD, SUITE 440
SCOTTSDALE AZ 85254-1754


BUDGET 1 HOUR SIGNS, INC.
2535 E. INDIAN SCHOOL ROAD
PHOENIX AZ 85016-6737


BUILDERS CUSTOM LIGHTING, INC.
7895 E. ACOMA  #102
SCOTTSDALE AZ 85260


BUILDERS RISK PLAN
P. O. BOX 931795
ATLANTA GA 31193-1795


BURROWS CONCRETE
4022 W. LINCOLN STREET
PHOENIX AZ 85009


CANTERA STONE SOURCE, LLC
17606 N. 32ND STREET
PHOENIX AZ 85032


CAPITAL EXCAVATING, INC.
2063 E. HAWKEN WAY
CHANDLER AZ 85249


CAREFREE WATER COMPANY
P. O. BOX 702
CAREFREE AZ 85377


CARLSON TILE COMPANY
8008 E. COPPER CANYON CIRCLE
MESA AZ 85207


CARNEY, RICHARD AND BONNIE
15315 E. SUNDOWN DRIVE
FOUNTAIN HILLS AZ 85268


CAROL LA FLAMME
77714 WOODHAVEN DRIVE NORTH
PALM DESERT CA 92211

CLASSIC STELLAR HOMES, INC. -


CEMEX
P.O. BOX 73261
CHICAGO IL 60673-3261


CHAPARRAL CITY WATER COMPANY
P. O. BOX 9040
SAN DIMAS CA 91773-9040


CHAS ROBERTS AIR CONDITIONING, INC.
9828 N. 19TH AVENUE
PHOENIX AZ 85021-1992


CHOLLA CUSTOM CABIINETS, INC.
1727 E. DEER VALLEY ROAD
PHOENIX AZ 85024


CITY OF MESA
20 E. MAIN ST, SUITE 450
P.O. BOX 1466
MESA AZ 85211


CITY OF PHOENIX
WATER SERVICES DEPT.
P.O. BOX 29663
PHOENIX AZ 85038-9663


CITY OF PHOENIX
P.O. BOX 29360
PHOENIX AZ 85038


CITY OF SCOTTDALE - WATER
P. O. BOX 1788
SCOTTSDALE AZ 85252-1788


CITY OF SCOTTSDALE
P. O. BOX 1949
SCOTTSDALE AZ 85252-1949


CITY OF SCOTTSDALE
P.O. BOX 1949
SCOTTSDALE AZ 85252


CLASSIC STAIR REMODELING LLC
4342 E. EMELITA AVENUE
MESA AZ 85206

CLASSIC STELLAR HOMES, INC. -


CLAYTON GLASS & ACCESSORIES, INC.
5609 W. LATHAM STREET #105
PHOENIX AZ 85043


CLYDE HARDWARE
4808 N. 15TH STREET
PHOENIX AZ 85014


COLLETTI DESIGN
2166 E. UNIVERSITY DRIVE
TEMPE AZ 85281


COLONIAL LIFE/ACCIDENTAL INSURANCE
P. O. BOX 903
COLUMBIA SC 29202-0903


COMPLETE RESIDENTAL FIRE PROTECTION
22230 S. SCOTLAND COURT
QUEEN CREEK AZ 85242


CONCRETE CORING COMPANY, INC.
P. O. BOX 3289
GLENDALE AZ 85311-3289


CONWAY PROPERTIES, INC.
9009 W. CAROL AVENUE
PEORIA AZ 85345


COPPER STAR BANK
7555 E. REDFIELD ROAD
SCOTTSDALE AZ 85260


CORPORATE EXPRESS
P. O. BOX 95708
CHICAGO IL 60694-5708


COURTESY PAINTING SERVICE
3851 E. THUNDERBIRD ROAD #111
PHOENIX AZ 85032-5767


COX COMMUNICATIONS
P .O. BOX 78071
PHOENIX AZ 85062-8071

CLASSIC STELLAR HOMES, INC. -


CROUT N HELLER PAINT SERVICES, INC.
131 W. JULIE DRIVE
TEMPE AZ 85283


CULLIGAN WATER
135 S. LASALLE DEPT. 8931
CHICAGO IL 60674-8193


CURTIS GRADE SYSTEMS, INC.
P. O. BOX 42036-111
PHOENIX AZ 85080


DALE'S PAINTING
135 E. ST. CHARLES
PHOENIX AZ 85040


DAMIAN DHOOGE
3141 W. WHITMAN DRIVE
ANTHEM AZ 85086


DAN TROLLER
5726 N. 19TH STREET, UNIT #1
PHOENIX AZ 85014


DAVID POFALH
580 PALO VERDE WAY
BLYTHE CA 92225


DELTA DENTAL PLAN ARIZONA
5656 W. TALAVI BLVD.
GLENDALE AZ 85306


DENISE MARCHESE/FRISENDA
7346 W. CRABAPPLE DRIVE
PEORIA AZ 85383


DEPROSPERO, ROBERT AND PATRICIA
13467 E. SUMMITT DRIVE
SCOTTSDALE AZ 85259


DESERT ELECTRONICS, INC.
20635 N. CAVE CREEK ROAD
PHOENIX AZ 85024-4403

CLASSIC STELLAR HOMES, INC. -

DESERT STONEWORKS
3446 N. 29TH AVENUE
PHOENIX AZ 85017

DIAMONDBACK PLASTERING LLC
8124 E. VIA DE LUNA DRIVE
SCOTTSDALE AZ 85255

DIG IT EXCAVATING INC.
P. O. BOX 9001
SCOTTSDALE AZ 85252

DISCERNI, JOHN AND MARIE
RX INVESTMENTS
P.O. BOX 26314
SCOTTSDALE AZ 85255

DR. HAROLD GRIES
THE GRIES COMPANIES, LLC
3623 N. 44TH STREET
PHOENIX AZ 85018

DR. TERRY & PAULINA FIFE
9927 N. 123RD STREET
SCOTTSDALE AZ 85259

ED LIHVARCHIK
5406 E. CALLE DE LAS ESTRELLAS
CAVE CREEK AZ 85331

EDWARD GALLARDO
3116 S. DELIA CT.
VALLEY FARMS AZ 85291

EXECUTIVE DRYWALL INC.
9411 W. BRILES ROAD
PEORIA AZ 85383

FAISAL & RENATE KHAN
25155 N. 92ND STREET
SCOTTSDALE AZ 85255

FEDERAL EXPRESS
P. O. BOX 371461
PITTSBURGH PA 15250-7461

CLASSIC STELLAR HOMES, INC. -

FIRESPRINKLING SPECIALIST INC.
9170 E. BAHIA DRIVE #104
SCOTTSDALE AZ 85260

FLANIGAN LIFTS & ELEVATOR SERVICES
P. O. BOX 6598
PEORIA AZ 85385

GAGAN KAUR
8974 E. ANN WAY
SCOTTSDALE AZ 85260

GALLETT, KYLE AND LYNN
2125 W. WEATHERBY WAY
CHANDLER AZ 85248

GANG PAN & MIN ZHANG
12156 E. CASITAS DEL RIO DRIVE
SCOTTSDALE AZ 85255

GANNETT PACIFIC PUBLICATIONS
7600 N. 16TH STREET #150
PHOENIX AZ 85020

GAS PIPING, INC.
1950 E. DEER VALLEY ROAD #B
PHOENIX AZ 85024

GEOFFREY G. AND KAREN BERGAUER
12 CEDARWOOD COURT
RACINE WI 53402-2604

GEOFFREY G. BERGAUER & KAREN L. BERGAUER
12 CEDARWOOD COURT
RACINE WI 53402-2604

GERALD L MURPHY
22713 N. 19TH WAY
PHOENIX AZ 85024

GETNET, INC.
DEPT # 2010  LOCKBOX 29661
PHOENIX, AZ 85038-9661

CLASSIC STELLAR HOMES, INC. -


GLENN MILLER
12035 N. 74TH PL.
SCOTTSDALE AZ 85260


GLORIA A. SHUSTER
23013 N. PEDREGOSA DRIVE
SUN CITY WEST AZ 85375-2303


GMC CONSTRUCTION SERVICES, LLC
P. O. BOX 26166
SCOTTSDALE AZ 85255


GOLDEN FLAME, INC.
24850 N. 19TH AVENUE
PHOENIX AZ 85085


HAMID RASSTI, P.E.
15106 E. MIRAVISTA DRIVE
FOUNTAIN HILLS AZ 85268


HARPER'S NURSERY
P. O. BOX 28426
SCOTTSDALE AZ 85255-0157


HASKINS ELECTRIC
P. O. BOX 57029
PHOENIX AZ 85079-7029


HBACA
7720 N. 16TH STREET
PHOENIX AZ 85020


HEDDEN, STEVE AND THERESA
9404 E. AERIE CLIFF
FOUNTAIN HILLS AZ 85268


HOME DEPOT
P.O. BOX 6028
THE LAKES NV 88901-6028


HUGHES-CALIHAN
4730 N. 16TH STREET
PHOENIX AZ 85016

CLASSIC STELLAR HOMES, INC. -

INNOVATIVE WINE CELLAR DESIGNS
8340 E. RAINTREE DRIVE #B-9
SCOTTSDALE AZ 85260


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA PA 19114-0326


INTERNATIONAL MINUTE PRESS
12620 N. CAVE CREEK ROAD
PHOENIX AZ 85022


J.C. CONTRACTING AZ INC.
16002 N. 48TH DRIVE
GLENDALE AZ 85306


JAMES P. ROCKWELL
728 E. ROSE LANE
PHOENIX AZ 85014


JANE AND HOWARD NUTT
1318 E. VILLA THERESA DRIVE
PHOENIX AZ 85022


JASON SHUSTER
23013 N. PEDREGOSA DRIVE
SUN CITY WEST AZ 85375


JEFF L. MUECKE
6980 E. SAHVARA, #2120
SCOTTSDALE AZ 85254


JEROME JOHNSON
P. O. BOX 36012
ALBUQUERQUE NM 87176


JERRY B. MONROE
7405 W. BANFF LANE
PEORIA AZ 85381


JO ANN ROCKWELL
12819 N. 8TH AVENUE
PHOENIX AZ 85029

CLASSIC STELLAR HOMES, INC. -

JOHN AND CATHERINE O'CONNELL
2211 E. TURQUOISE AVE.
PHOENIX AZ 85028

JOHN AND SHARI BURLEY
20165 N. 67TH AVE, #122-A
GLENDALE AZ 85308

JOHN AND SHARI BURLEY
7027 W. KIMBERLY WAY
GLENDALE AZ 85308

JOHNSON WINDOWS & DOORS
23606 N. 19TH AVENUE #16
PHOENIX AZ 85085

JONATHAN IGER
1708 E. SHEENS DRIVE
PHOENIX AZ 85022

JOSE FRANCISCO AND EVA CARRAZCO
1429 E. LOS ARBOLES DRIVE
TEMPE AZ 85284

JOYCE SALINAS
1038 MARIANAS LANES
ALAMEDA CA 94502

JOYCE SALINAS
1038 MARIANAS LANE
ALAMEDA CA 94502

JUDAH D. AND GLORIA A. SHUSTER
3636 N. CENTRAL AVENUE, SUITE 140
PHOENIX AZ 85012

KATHY LEARY
13522 E. ONYX COURT
SCOTTSDALE AZ 85258

KEITH J. AND JANE PICKERING
8880 E. WETHERSFIELD ROAD
SCOTTSDALE AZ 85260

CLASSIC STELLAR HOMES, INC. -


KELLER, KELLER & NEWMAN, PLLC
7330 N. 16TH STREET, SUITE C-117
PHOENIX AZ 85020


KEN DANNENBAUM
2045 E. MYRTLE
PHOENIX AZ 85016


KENNETH & CONNIE SOO DANNENBAUM


KEVIN DERRICK AND GWEN DANNENBAUM
P.O. BOX 14381
SCOTTSDALE AZ 85267


KEVIN MULVEY
202 W CONRAD DRIVE
PHOENIX AZ 85023


KING ENGINEERING, INC.
1393 E. TYSON STREET
CHANDLERAZ AZ 85225


KIRK H. SOULLIERE
78505 PEARL DRIVE
ROMEO MI 48065


KRISTIN ROOSSIN
8863 E. ANN WAY
SCOTTSDALE AZ 85260


L & D DESIGN INC.
515 E. CAREFREE HIGHWAY #121
PHOENIX AZ 85085


LARRY NGUYEN AND TRAM KIEU
928 N. NOLAN PL.
CHANDLER AZ 85249


LAURIE RAMSBACHER
659 S. SAHUARO DRIVE
GILBERT AZ 85233

CLASSIC STELLAR HOMES, INC. -


LEONARD & JENNIFER RUSSO
8000 GRAPEVINE ROAD
CAREFREE AZ 85377


LEXUS FINANCIAL SERVICES
P. O. BOX 60116
CITY OF INDUSTRY CA 91716-0016


LINDER PUBLISHING, INC.
8541 E. ANDERSON DRIVE #105
SCOTTSDALE AZ 85255-5430


LLEWELYN, ROBERT AND MARILYN
2277 E. MERCER LANE
PHOENIX AZ 85028


LODI GARAGE DOORS & MORE
3314 W. OSBORN ROAD
PHOENIX AZ 85017


LORRAINE HUGHES
2646 E. SPRING ROAD
PHOENIX AZ 85032


MAHOUR, DR. G. HOSSEIN & BARBARA
2411 INVERNESS AVENUE
LOS ANGELES CA 90027


MARTIN W. WILSON
8177 E. RITA DRIVE
FOUNTAIN HILLS AZ 85269


MARYRUTH KEOGH
P. O. BOX 32658
PHOENIX AZ 85064-2658


MAYAN FENCING
1617 S. 59TH AVENUE
PHOENIX AZ 85043


MCKEIGHAN PIERCE PC
6900 E. CAMELBACK, SUITE 240
SCOTTSDALE AZ 85251

CLASSIC STELLAR HOMES, INC. -

MEDIA THAT DEELIVERS, INC.
8132 N. 87TH PLACE
SCOTTSDALE AZ 85258

MESA INSULATION COMPANY, INC.
748 S. DREW STREET
MESA AZ 85210

MICHAEL & THERESA VITERI
1642 S. CAMELLIA DRIVE
CHANDLER AZ 85248

MICHAEL B. MUSCATO AND JEANNINE T. CERNY
5833 E. HEDGEHOG PL.
SCOTTSDALE AZ 85262

MIKE & JEFF MASTRO
16441 N. 90TH STREET
SCOTTSDALE AZ 85260

MIKE MATTHEWS
12047 W MONTY LINCOLN
SUN CITY AZ 85373

MISTAMERICA CORP.
7655 E. EVANS ROAD #7
SCOTTSDALE AZ 85260

MOBILE MINI, INC.
7420 S. KYRENE ROAD
TEMPE AZ 85283

MORRIS VISITOR PUBLICATIONS LLC
P. O. BOX 933574
ATLANTA GA 31193-3574

MORRISON GROUP, INC.
P. O. BOX 39242
PHOENIX AZ 85069-9242

MOVE SALES, INC.
P. O. BOX 13239
SCOTTSDALE AZ 85267-3239

CLASSIC STELLAR HOMES, INC. -


MURILLO'S GRADING, INC.
P. O. BOX 2172
CHANDLER AZ 85244


NANCY & JACK WARNER
9522 E. MEADOWVIEW DRIVE
GILBERT AZ 85297


NARENDRA & SOMA GODBOLE
13810 N. 16TH WAY
PHOENIX AZ 85022


NESCO MANUFACTURING, INC.
1510 W. DRAKE DRIVE
TEMPE AZ 85283-4346


NGUYEN DOAN
1328 E. MONTE CRISTO AVE.
PHOENIX AZ 85022


NORTH VALLEY MAGAZINE
3120 W. CAREFREE HIGHWAY #1-128
PHOENIX AZ 85086


NVSN DESIGN, LLC
28450 N. 108TH WAY
SCOTTSDALE AZ 85262


ONE WAY ELECTRIC, INC.
1625 W. PARSONS ROAD
PHOENIX AZ 85085


PAC-VAN, INC.
2693 PAYSPHERE CIRCLE
CHICAGO AZ 60674


PARAGON BUILDING SERVICE
3010 W. KERRY LANE
PHOENIX AZ 85027


PARIHK, SUDAH AND SANDIP
10336 E. PENSTAMIN DRIVE
SCOTTSDALE AZ 85255

CLASSIC STELLAR HOMES, INC. -

PARKER APPRAISALS, INC.
8727 E. VIA DE COMMERIAL, #110
SCOTTSDALE AZ 85258

PASCALE, CHRIS AND CHERI
4538 E. FERNWOOD COURT
CAVE CREEK AZ 85331

PASCUCCI, ANITA
28989 N 79TH STREET
SCOTTSDALE AZ 85266

PASO FINO HOA
P. O. BOX 39242
PHOENIX AZ 85069-9242

PATRICIA J. GOODMAN
28812 N. 44TH STREET
CAVE CREEK AZ 85331

PAUL LEY
1876 W. PION DRIVE
PHOENIX AZ 85086

PEARLSTEIN, MIKE AND CHERI
6281 W. SHANNON STREET
CHANDLER AZ 85226

PELLA WINDOWS OF PHOENIX, INC.
730 W. FAIRMOUNT DRIVE
TEMPE AZ 85282

PHOENIX ASSOCIATED REALTORS
5033 N. 19TH AVENUE  #119
PHOENIX AZ 85015

PHOENIX CITY TREASURER
P.O. BOX 29690
PHOENIX AZ 85038-9690

PINCUS, STEVE AND GAYLE
11643 E. APPALOOSA PLACE
SCOTTSDALE AZ 85259

CLASSIC STELLAR HOMES, INC. -


PITNEY BOWES INC.
P. O. BOX 856460
LOUISVILLE KY 40285-6460


PITNEY BOWES PURCHASE POWER
P. O. BOX 856042
LOUISVILLE KY 40285-6042


PORSCHE CREDIT CORPORATION
P. O. BOX 4253
LISLE IL 60532


PRE-PAID LEGAL SERVICES, INC.
P. O. BOX 2629
ADA OK 74821-9984


PRIDE OF THE VALLEY
8540 E. MCDOWELL ROAD  #18
MESA AZ 85207


QUALITY GRADING, INC.
7464 E. TIERRA BUENA LANE
SCOTTSDALE AZ 85260


QUARLES & BRANDY, LLP
ONE RENAISSANCE SQUARE
TWO NORTH CENTRAL AVENUE
PHOENIX AZ 85004-2391


QUICKSILVER EXPRESS COURIER
P. O. BOX 64417
ST. PAUL MN 55164-0417


QWEST
P. O. BOX 29039
PHOENIX AZ 85038-9039


R/S SERVICE & SUPPLY, INC.
10227 N. EL MIRAGE ROAD
EL MIRAGE AZ 85335


RAINTREE MECHANICAL, INC.
7845 E. EVANS ROAD  # F
SCOTTSDALE AZ 85260

CLASSIC STELLAR HOMES, INC. -


RAYYAN DOUBLETREE
11801 E. LARKSPUR DRIVE
SCOTTSDALE AZ 85259


RICHARD HERBERT
2140 W. GREENWAY ROAD #2
PHOENIX AZ 85032


RICHMAN MEDIA GROUP LLC
8300 N. HAYDEN ROAD #207
SCOTTSDALE AZ 85258


RICKER, ATKINSON, MCBEE MORMAN
2105 S. HARDY DRIVE #13
TEMPE AZ 85282


RINKER MATERIALS
P. O. BOX 73261
CHICAGO IL 60673-3261


ROBERT & ROSEANN OSTAPOVICH
14033 E. MILTON DRIVE
SCOTTSDALE AZ 85255


ROBERT A. FINBERG
24 BARNEGATE BAY
ALAMEDA CA 94502-6477


ROBERT A. FINBERG
24 BARNEGATE BAY
ALAMEDA CA 94502


ROD COMER/RAMIREZ
P.O. BOX 93771
PHOENIX AZ 85070


ROGER FINBERG
19763 N. MOUNTAIN SAGE LANE
SURPRISE AZ 85374


RUSTIC DECOR STORE
7645 E. EVANS ROAD #1
SCOTTSDALE AZ 85260

CLASSIC STELLAR HOMES, INC. -


SAM RAYYAN
11801 E. LARKSPUR DRIVE
SCOTTSDALE AZ 85259


SAMMY D. AND KARI GOE
2921 E. NIGHTHAWK WAY
PHOENIX AZ 85048


SCF ARIZONA - WORKERS COMPENSATION
P. O. BOX 33049
PHOENIX AZ 85067-3049


SCOTT BLUEPRINT
133 W. 1ST AVENUE
MESA AZ 85210


SECURITY TITLE AGENCY
23200 N. PIMA ROAD
SCOTTSDALE AZ 85255


SECURITY TITLE AGENCY INC.
23200 N. PIMA ROAD, #108
SCOTTSDALE AZ 85255


SIERRA BOULDERS HOA
P. O. BOX 39242
PHOENIX AZ 85069-9242


SIMPLE SYSTEMS, LLC
1249 E. NORTHERN AVENUE
PHOENIX AZ 85020


SIMPLY HOME CINEMAS, LLC
16573 N. 92ND STREET
SCOTTSDALE AZ 85260


SL CONCRETE INC.
502 N. SNEAD DRIVE
PAYSON AZ 85541


SOS EXTERMINATING, INC.
1240 W. SAN PEDRO STREET
GILBERT AZ 85233

CLASSIC STELLAR HOMES, INC. -

SOUTHWEST MOBILE STORAGE
902 S. 7TH STREET
PHOENIX AZ 85034

SPECIALTY ROOFING, INC.
8200 N. 75TH AVENUE
PEORIA AZ 85345

STEPHEN D. WRIGHT
25627 N. HACKBERRY DRIVE
GLENDALE AZ 85310

STEVE & THERESA HEDDEN

STEVE WRIGHT AND PAULINE NAPOLEON
25627 NORTH HACKBERRY DRIVE
GLENDALE AZ 85310

STEVEN C. AND THERESA HEDDEN
9404 N. AERIE CLIFF
FOUNTAIN HILLS AZ 85268

SUMANT KHARBANDA
2234 W. TWAIN DRIVE
PHOENIX AZ 85086

SUN VALLEY VENEERS
3135 E. GARY STREET
MESA AZ 85213

SUNBURST POOLS, INC.
20710 N. SCOTTSDALE ROAD
SCOTTSDALE AZ 85255

SUNSTATE PLUMBING INC
11051 N. 132ND AVENUE
SURPRISE AZ 85379

SUPERIOR MASONRY, INC.
P. O. BOX 55150
PHOENIX AZ 85078

CLASSIC STELLAR HOMES, INC. -


SUZANNE GALLO
4711 PARK OLIVO
CALABASAS CA 91302


SUZANNE M. GALLO
4711 PARK OLIVO
CALABASAS CA 91302


TERRA DYNAMIC ENGINEERING, LLC
2930 E. NORTHERN AVENUE  #B-106
PHOENIX AZ 85028


THE HOMEBUILDERS CONNECTION
1207 N. MILLER ROAD
TEMPE AZ 85281


THE LAW FIRM OF SHUGHART
THOMSON AND KILROY
3636 N. CENTRAL AVE., SUITE 1200
PHOENIX AZ 85012


THE PERFECT CLOSET
320 S. NINA DRIVE  #13
MESA AZ 85210


THE WALL COMPANY
1476 W. HARVARD AVENUE
GILBERT AZ 85233


THERESA M. DREHER-CLOSE
9404 E. AERIE CLIFF
FOUNTAIN HILLS AZ 85268


THOMAS & LOURDES LIN
10778 E. WHITEHORN DRIVE
SCOTTSDALE AZ 85255


THOMAS C. AND ANNA DANNENBAUM
23601 N. 84TH PLACE
SCOTTSDALE AZ 85255


THOMAS HELBIG
7820 N. MOCKINGBIRD
PARADISE VALLEY AZ 85253

CLASSIC STELLAR HOMES, INC. -


THOMSON CONANT PLC
2398 E. CAMELBACK ROAD, SUITE 925
NORTHERN TRUST BANK TOWER
PHOENIX AZ 85016


THORBRED FRAMING
3950 E. PRESIDIO STREET
MESA AZ 85215


THOROBRED TRIM
3950 E. PRESIDIO STREET
MESA AZ 85215


TIM WALD
22460 N 77TH WAY
SCOTTSDALE AZ 85255


TIMOTHY MURPHY
37170 N. GRANITE CREEK LANE
CHANDLER AZ 85248


TMR CONSTRUCTION, INC.
26214 N. 102ND AVENUE
PEORIA AZ 85383


TOM & ANNA DANNENBAUM


TOWN OF CAREFREE
P.O. BOX 740
CAREFREE AZ 85377


TREE RELOCATORS INC.
6502 N. 81ST PLACE
SCOTTSDALE AZ 85250


ULTIMATE INFORMATION SYSTEMS
P. O. BOX 2923
PEORIA AZ 85380-2923


UNITED DESIGN ELECTRICAL GROUP
809 W. MARYLAND
PHOENIX AZ 85013

CLASSIC STELLAR HOMES, INC. -

USA MOBILITY WIRELESS, INC.
P. O. BOX 660770
DALLAS TX 75266-0770

VOLVO FINANCE NORTH AMERICA
DEPARTMENT # 193901
DETROIT MI 48255-1939

WARD ASHMAN
1045 KARIN WAY
MOUNTAIN VIEW CA 94040

WARNER ANGLE HALLAM JACKSON & FORMANEK
3550 N. CENTRAL AVENUE, SUITE 1500
PHOENIX AZ 85012

WASTE MANAGEMENT OF ARIZONA - TOILET SVC
1580 E. ELWOOD
PHOENIX AZ 85040

WASTE MANAGEMENT OF ARIZONA - TRASH SVC
1580 E. ELWOOD
PHOENIX AZ 85040

WELLS FARGO CARD SERVICES
P. O. BOX 6415
CAROL STREAM IL 60197-6415

WELLS, JOE AND VALERIE SORKIN-WELLS
11808 E. CLINTON STREET
SCOTTSDALE AZ 85259

WILLIAM AND TERRY ARMSTRONG
8862 E. ANN WAY
SCOTTSDALE AZ 85260

WILLIAM H. ARMSTRONG, II AND TERRY
1368 SILVER GATE PLACE
EL PASO TX 79936-7258

WILLIAM H. ARMSTRONG, II AND TERRY
8862 E. ANN WAY
SCOTTSDALE AZ 85260

CLASSIC STELLAR HOMES, INC. -


WILLIAMSON, GARY AND KRIS
4117 ARCADIA WAY
OCEANSIDE CA 92056


YU (DAN) NGUYEN
1328 E. MONTE CRISTO
PHOENIX AZ 85022

# United States Bankruptcy Court
## District of Arizona

In re    **CLASSIC STELLAR HOMES, INC.**        Case No. _____

                           Debtor(s)          Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CLASSIC STELLAR HOMES, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**January 6, 2009**
_____
Date

**/s/ Harold E. Campbell**
_____
**Harold E. Campbell 5160**
Signature of Attorney or Litigant
Counsel for   **CLASSIC STELLAR HOMES, INC.**
**The Law Office of Harold E. Campbell P.C.**
**1811 S. Alma School Road, Suite 225**
**Mesa, AZ 85210**
**480-839-4828 Fax:480-897-1461**
**heciii@haroldcampbell.com**

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy