LAW OFFICE OF BLAKE D. GUNN
P.O. Box 22146
Mesa, Arizona 85277
480-710-8677
Fax 480-393-7162
bgunn@gunnfirm.com

Blake D. Gunn, SBN 019112
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Case No.: 2:09-bk-00149-RTB** |
| CLASSIC STELLAR HOMES, INC., | **Chapter 7 Proceedings** |
| Debtor, | **CERTIFICATE OF NO OBJECTION RE: MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| KRISTIN ROOSIN, | |
| Movant, | |
| v. | |
| CLASSIC STELLAR HOMES, INC. Debtor; DALE D. ULRICH, Chapter 7 Trustee, | |
| Respondents. | |

Blake D. Gunn, the undersigned, hereby that as of February 27, 2009 no person has filed an objection or has otherwise objected to the relief sought in the Motion. The Undersigned further certifies that on January 16, 2009 he caused the Motion for Relief from Automatic Stay, the Notice of Filing Motion for Relief from Automatic Stay, and this Certificate of Service to be mailed by First Class Mail, postage prepaid, to the persons whose names and addresses appear below, and who include the Debtor, the Debtor's attorney, the Chapter 7 Trustee, the Chapter 7 Trustee's attorney, and any other person who has requested notice in this proceeding.

Dale D. Ulrich
PMB 615
1928 East Highland
Suite F104
Phoenix, Arizona 85015-4626

Harold E. Campbell
Harold E. Campbell, P.C.
1811 South Alma School Road
Suite 225
Mesa, Arizona 85210
Attorney for Debtor

Classic Stellar Homes, Inc.
P.O. Box 47428
Phoenix, Arizona 85068
Chapter 7 Debtor

Jason D. Curry
Quarles & Brady
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Attorney for creditor Copper Star Bank

Patricia A. Premeau
Lavoy & Chernoff, P.C.
201 North Central Avenue
Suite 3300
Phoenix, Arizona 85004
Attorneys for creditor Paul and Amy Axberg

Patrick R. Barrowclough
Atkinson, Hamill & Barrowclough
3550 North Central Avenue
Suite 1150
Phoenix, Arizona 85012
Attorneys for creditors Chris and Ann Marie Pascale

Renee Gertsman
Gerstman Holden, PLLC
2999 North 44th Street
Suite 135

Phoenix, Arizona 85018
Attorneys for Budget 1 Hour Signs, Inc.


Terry A. Dake
Terry A. Dake, Ltd.
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Attorney for Chapter 7 Trustee


Dated this 27th day of February 2009.

                          LAW OFFICE OF BLAKE D. GUNN


                          /s/ Blake D. Gunn 019112

                             Blake D. Gunn
                             P.O. Box 22146
                             Mesa, Arizona 85277
                             480-710-8677
                             Attorney for Movant