**SO ORDERED.**

Dated: March 26, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CLASSIC STELLAR HOMES, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 2:09-bk-00149-RTB |
| WILLIAM H. ARMSTRONG, II, and TERRY L ARMSTRONG,<br><br>Movants,<br><br>v.<br><br>CLASSIC STELLAR HOMES, INC., DALE D. ULRICH, trustee,<br><br>Respondent. | **ORDER GRANTING WILLIAM AND TERRY ARMSTRONG'S MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING REAL PROPERTY KNOWN AS LOT 18 OF THE RESERVE AT TRANQUIL TRAIL, UNIT 1** |

The Court has considered William H. Armstrong, II, and Terry L. Armstrong's ("Mr. and Ms. Armstrong") Motion For Relief From Automatic Stay (the "Motion") to allow them to pursue their state law remedies, including a trustee's sale, to obtain title to and possession of the real property known as Lot 18 of the Reserve at Tranquil Trail, Parcel No. 216-83-856, in Maricopa County, Arizona, the legal description of which is set forth in full in the loan documents attached to the Motion (the "Property"), and finds that: (i) the Motion has been properly noticed in accordance with all applicable statutes and rules; (ii) the time for objecting to the Motion has expired and no objections have been filed; (iii) notice and opportunity to be heard were sufficient under the circumstances;

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

2167781

1  (iv) the Debtor has no equity in the Property, and the Property is not necessary to an
2  effective reorganization; (v) Mr. and Ms. Armstrong are entitled to the relief requested in
3  the Motion; and (vii) there is cause to grant the relief requested in the Motion and to
4  modify the automatic stay.  Accordingly,

5  IT IS HEREBY ORDERED that any and all stays, including the automatic stay
6  imposed by 11 U.S.C. § 362(a) (to the extent applicable), are terminated to allow Mr. and
7  Ms. Armstrong to pursue their remedies at law to obtain possession of and title to the
8  Property, including a trustee's sale.
9  SIGNED AND DATED ABOVE.



FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

2167781