**SO ORDERED.**

DeConcini McDonald Yetwin & Lacy, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0500
Fax: (602) 282-0520
E-mail: lhirsch@dmylphx.com

Dated: May 27, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

LAWRENCE D. HIRSCH (AZ # 004982)
Attorney for Movants

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CLASSIC STELLAR HOMES, INC., <br><br> Debtor, <br><br> WILLIAM C. HUGHES, JR. and JANET M. BLEICHROTH, Co-Personal Representatives of the WILLIAM C. HUGHES, SR. ESTATE, <br><br> Movant, <br><br> vs. <br><br> CLASSIC STELLAR HOMES, INC., Debtor And DALE ULRICH, Trustee <br><br> Respondent. | In Proceedings Under Chapter 7 <br><br> Case No. 2:09-bk-00149-RTB <br><br><br> ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING THE TRANQUIL TRAIL SUBDIVISION |

THIS MATTER having been duly noticed to all parties-in-interest and the time for objections to the motion having duly expired with no objections having been received, and good cause appearing,

IT IS ORDERED that the motion is granted.

DATED AND SIGNED ABOVE