# Notice Recipients

| District/Off: 0970–2 | User: lewisd | Date Created: 5/28/2009 |
|---|---|---|
| Case: 2:09–bk–00149–RTB | Form ID: ntcntry | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      DALE D. ULRICH
aty      HAROLD 1 CAMPBELL      heciii@haroldcampbell.com
aty      LAWRENCE D. HIRSCH      lhirsch@dmylphx.com
aty      TERRY A. DAKE      tdake@cox.net

                                                                                                     TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      CLASSIC STELLAR HOMES, INC.      P.O. BOX 47548      PHOENIX, AZ 85068

                                                                                                     TOTAL: 1