**SO ORDERED.**

**Dated: June 11, 2009**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA (PHOENIX)

| | |
|---|---|
| In re | ) Case No. 2:09-bk-00149-RTB |
| CLASSIC STELLAR HOMES, INC. | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) Contested Matter "\_\_\_\_\_" |
| JASON SHUSTER, | ) |
| Movant, | ) **ORDER GRANTING** |
| | ) **MOTION FOR RELIEF FROM** |
| CLASSIC STELLAR HOMES, INC., and | ) **AUTOMATIC STAY** |
| DALE D. ULRICH, CHAPTER 7 TRUSTEE, | ) |
| Respondents. | ) |

The Court having reviewed the Motion for Relief From Automatic Stay (the "Motion") filed by Movant, Jason Shuster ("Mr. Shuster" or "Movant"), and there being no objection filed to the Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the automatic stay of 11 U.S.C. § 362, and all other applicable stays and limitations, are hereby terminated to permit Jason Shuster to exercise and pursue all of his rights and remedies as a secured creditor, including noticing, proceeding and

conducting a Trustee's sale of the real property legally described as "**Lot 19, The Reserve at Tranquil Trail Unit 1, according to Book 826 of Maps, Page 7, records of Maricopa County, Arizona**" (the "Real Property"), and to obtain ownership, possession, and control of the Real Property, and to pursue any other legal remedies under state or federal law.

**DATED AND SIGNED AS OF THE DATE SET FORTH ABOVE**

304609;GMK;1-6607