SO ORDERED.

Dated: June 21, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA (PHOENIX)

| | |
|---|---|
| In re | Case No. 2:09-bk-00149-RTB |
| CLASSIC STELLAR HOMES, INC. | Chapter 7 |
| Debtor. | Contested Matter "\_\_\_\_\_" |
| ROGER and BRENDA FINBERG and the FINBERG TRUST, | |
| Movants, | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| CLASSIC STELLAR HOMES, INC., and DALE D. ULRICH, CHAPTER 7 TRUSTEE, | |
| Respondents. | |

The Court having reviewed the Motion for Relief From Automatic Stay (the "Motion") filed by Movant, Roger and Brenda Finberg and the Finberg Trust of 1995 and/or the Fineberg Trust of 1995 ("Finberg"), and there being no objection filed to the Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the automatic stay of 11 U.S.C. § 362, and all other applicable stays and limitations, are hereby terminated to permit Finberg to exercise and pursue

320853;GMK;1-6607

1  all of his rights and remedies as a secured creditor, including noticing, proceeding and
2  conducting a Trustee's sale of the real property legally described as "**Lot 16, The Reserve at
3  Tranquil Trail Unit 1, according to Book 826 of Maps, Page 7, records of Maricopa County,
4  Arizona"** (the "Real Property") and to obtain ownership, possession, and control of the Real
5  Property, and to pursue any other legal remedies under state or federal law.

**DATED AND SIGNED AS OF
THE DATE SET FORTH ABOVE**

320853;GMK;1-6607